# Exhibit A

Log in     Open app



**Pulte** ✓
@pulte

Here is the Criminal Referral Letter on Lisa Cook, the current Fed Governor.

---

**U.S. FEDERAL HOUSING FHFA**
Constitution Center
400 7th Street, S.W.
Washington, D.C. 20219
Telephone: (202) 649-3800
Facsimile: (202) 649-1071
www.fhfa.gov

August 15, 2025

The Honorable Pamela J. Bondi
Edward R. Martin, Jr.
Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530

**RE:   Criminal Referral: Lisa D. Cook**

Dear Attorney General Bondi and Special Attorney Martin:

    Pursuant to my authority as Director of the U.S. Federal Housing Finance Agency ("U.S. Federal Housing" or "FHFA"), I am referring the matter below. As regulator of Fannie Mae, Freddie Mac, and the Federal Home Loan Banks, we take very seriously allegations of mortgage fraud, bank fraud, wire fraud, falsifying documents, or other criminal activity. Such misconduct jeopardizes the safety and soundness of FHFA's regulated entities and the security and stability of the U.S. mortgage market.

    In the course of exercising U.S. Federal Housing's authorities under the Federal Housing Enterprises Financial Safety and Soundness Act of 1992, U.S. Federal Housing has identified matters that are appropriate for referral to the U.S. Department of Justice for consideration of criminal prosecution.

    According to mortgage documents obtained by U.S. Federal Housing, it appears an individual, Ms. Lisa DeNell Cook, has falsified bank documents and property records to acquire more favorable loan terms, potentially committing mortgage fraud under the criminal statute. This has included falsifying residence statuses for an Ann Arbor, Michigan-based residence and an Atlanta, Georgia-based property in order to potentially secure lower interest rates and more favorable loan terms.

**Background:**

    █████████████ Ann Arbor, Michigan 48103

    On June 18, 2021, Ms. Cook acquired a loan on the property at █████████ Avenue, Ann Arbor, Michigan 48103 and entered into a fifteen-year mortgage agreement with the University of Michigan Credit Union for $203,000, plus interest. **See Exhibit A**. According to the mortgage agreement entered into with the University of Michigan Credit Union, Ms. Cook represented to "use the Property as Borrower's principal residence within 60 days after the execution of this



# U.S. Federal Housing FHFA

Constitution Center
400 7th Street, S.W.
Washington, D.C. 20219
Telephone: (202) 649-3800
Facsimile: (202) 649-1071
www.fhfa.gov

Security Instrument and shall continue to occupy the Property as Borrower's principal residence for at least one year after the date of occupancy."

~~███████████████~~ Unit 3550, Atlanta, Georgia 30309

On July 2, 2021, just two weeks later, Ms. Cook also purchased a condominium in Atlanta's "Above the Four Seasons" building—~~███████████~~ Unit 3550, Atlanta, Georgia 30309—and entered into a thirty-year mortgage agreement with the Bank Fund Staff Federal Credit Union for $540,000. **See Exhibit B**. In the mortgage agreement, Ms. Cook affirmed that this property would serve as her primary residence within sixty days of the execution of the mortgage and would serve as her primary residence for a full year.

Additionally, while Ms. Cook affirmed that this property would serve as her primary residence, online records indicate that Unit 3550 was listed for rent in September 2022. **See Exhibit C**. Rental properties typically require the owner to enter into an investment/rental property mortgage as opposed to a primary residence mortgage. While the property was listed for rent in 2022, a review of Ms. Cook's federal government financial disclosures for calendar years 2022 and 2023 indicate that she has not disclosed any rental income tied to this address.

8:05 AM · Aug 20, 2025 · **1.4M** Views