## ifUNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LISA D. COOK, in her official capacity as a member of the Board of Governors of the Federal Reserve System and her personal capacity,<br>    Constitution Ave NW &, 20th St NW,<br>    Washington, DC 20551.<br><br>        *Plaintiff*,<br><br>        *v.*<br><br>DONALD J. TRUMP, in his official capacity as President of the United States,<br>    1600 Pennsylvania Avenue, NW,<br>    Washington, DC 20500,<br><br>BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM, both collectively and in their individual official capacities,<br>    Constitution Ave NW &, 20th St NW,<br>    Washington, DC 20551,<br><br>JEROME H. POWELL,[1] in his official capacity as Chair of the Board of Governors of the Federal Reserve System,<br>    Constitution Ave NW &, 20th St NW,<br>    Washington, DC 20551.<br><br>        *Defendants*. | Civil Action No. 25-2903<br><br>**EMERGENCY HEARING RESPECTFULLY REQUESTED** |

**PLAINTIFF LISA COOK'S MOTION FOR A TEMPORARY RESTRAINING ORDER**

---

[1] Defendants the Board of Governors of the Federal Reserve System and Jerome H. Powell are collectively referred to as the "Non-Presidential Defendants."

Pursuant to Rule 65(b) of the Federal Rules of Civil Procedure and Local Civil Rule 65.1, Plaintiff Lisa D. Cook ("Governor Cook"), by undersigned counsel, respectfully requests that the Court issue an emergency temporary restraining order, to remain in effect until such time as the Court can further consider the merits of her claims (1) declaring that President Trump's August 25, 2025 attempted firing of Governor Cook is unlawful under the Federal Reserve Act and the Due Process Clause of the Fifth Amendment, and that Governor Cook is still a member of the Federal Reserve Board; and (2) enjoining Defendants the Federal Reserve Board of Governors, collectively and/or individually, and Chairman Jerome Powell from effectuating in any manner Governor Cook's illegal purported removal from her position or in any way treating her as having been removed, or denying or obstructing her in accessing any of the benefits or resources of her Board position. This emergency relief is necessary due to the exigency of the circumstances and the irreparable nature of the injury that the temporary restraining order is intended to prevent.

As set forth in the accompanying Memorandum of Law in Support of Plaintiff's Motion for a Temporary Restraining Order, Governor Cook has served as a member of the Board of Governors of the Federal Reserve System since May 23, 2022, following nomination by President Biden and confirmation by the Senate, to fill an unexpired term ending January 31, 2024. She was subsequently renominated by President Biden and confirmed by the Senate in September 2023 for an additional, full fourteen (14) year term.

On August 15, 2025, Federal Housing Finance Agency Director William Pulte sent a referral letter to Attorney General Pamela Bondi and Department of Justice Special Attorney Edward Martin, Jr., accusing Governor Cook of mortgage fraud, alleging she claimed two different homes as her main residence in 2021 to get better loan terms. On August 25, 2025, Governor Cook learned, with the rest of the world, that President Trump "fired" her through a post on *Truth*

*Social.*

Pursuant to Local Rule 65.1(a), at approximately 8:15 AM on August 28, 2025, Plaintiff's counsel emailed Alex Haas, Director of the Federal Programs Branch, provided notice of Governor Cook's Complaint and Motion for an Emergency Temporary Restraining order to be filed in the U.S. District Court for the District of Columbia at approximately 9:00 AM on August 28, 2025. At approximately 9:30, Plaintiff's counsel called the phone number listed on the U.S. Department of Justice Federal Programs Branch's website, (202) 514-1259, and left a message for Mr. Haas indicating the same.

Date:  August 28, 2025
       Washington, D.C.

Respectfully Submitted,

*/s/ Abbe David Lowell*
Abbe David Lowell [Bar No. 358651]
Brenna L. Frey*
David A. Kolansky [DDC No. 7680722]
Isabella M. Oishi [Bar No. 90018056]
Jack P. Bolen*
LOWELL & ASSOCIATES, PLLC
1250 H Street, N.W., Suite 250
Washington, DC 20005
T: (202) 964-6110
F: (202) 964-6116
ALowellpublicoutreach@lowellandassociates.com
BFrey@lowellandassociates.com
DKolansky@lowellandassociates.com
IOishi@lowellandassociates.com
JBolen@lowellandassociates.com

Norman L. Eisen [Bar No. 435051]
Tianna J. Mays [Bar No. 90005882]
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE #15180
Washington, DC 20003
Tel: (202) 601-8678
norman@democracydefenders.org

2

tianna@democracydefenders.org

*Attorneys for Governor Lisa Cook*

\* Application for admission or admission pro hac vice forthcoming.

3