UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| LISA D. COOK, in her official capacity as a member of the Board of Governors of the Federal Reserve System and her personal capacity,<br>　　Constitution Ave NW &, 20th St NW,<br>　　Washington, DC 20551,<br><br>　　　　*Plaintiff*,<br><br>　　v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States,<br>　　1600 Pennsylvania Avenue, NW,<br>　　Washington, DC 20500,<br><br>BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM, both collectively and in their individual official capacities,<br>　　Constitution Ave NW &, 20th St NW,<br>　　Washington, DC 20551,<br><br>JEROME H. POWELL, in his official capacity as Chair of the Board of Governors of the Federal Reserve System,<br>　　Constitution Ave NW &, 20th St NW,<br>　　Washington, DC 20551,<br><br>　　　　*Defendants*. | Civil Action No. 25-2903 |

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 65.1**

I, Abbe David Lowell, declare as follows:

1.　　I am the lead counsel for Plaintiff Lisa D. Cook and am the Founding Member of Lowell & Associates, PLLC, with offices at 1250 H Street NW, Suite 250, Washington, DC 20005. I am making this declaration in support of Plaintiff's Motion for a Temporary Restraining Order

in compliance with Local Rule 65.1. The statements in this declaration are based on my personal knowledge.

2. Pursuant to Local Rule 65.1(a), at approximately 8:15 AM on August 28, 2025, I emailed Alex Haas, Director of the Federal Programs Branch, providing notice of Governor Cook's Complaint and Motion for an Emergency Temporary Restraining order to be filed in the U.S. District Court for the District of Columbia at approximately 9:00 AM on August 28, 2025. At approximately 9:30 I called the phone number listed on the U.S. Department of Justice Federal Programs Branch's website, (202) 514-1259, and left a message for Mr. Haas indicating the same.

3. As soon as possible after filing the Complaint and TRO papers in this proceeding, counsel for Plaintiff will provide copies of the relevant papers by certified mail to Defendant, as well as to the United States Attorney's Office for the District of Columbia, and the Office of the Attorney General.

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Abbe David Lowell*
Abbe David Lowell, Bar No. 358651

Executed on August 28, 2025
Washington, DC