UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LISA D. COOK, in her official capacity as a member of the Board of Governors of the Federal Reserve System and her personal capacity,<br>    Constitution Ave NW &, 20th St NW,<br>    Washington, DC 20551.<br><br>        *Plaintiff,*<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States,<br>    1600 Pennsylvania Avenue, NW,<br>    Washington, DC 20500,<br><br>BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM, both collectively and in their individual official capacities,<br>    Constitution Ave NW &, 20th St NW,<br>    Washington, DC 20551,<br><br>JEROME H. POWELL, in his official capacity as Chair of the Board of Governors of the Federal Reserve System,<br>    Constitution Ave NW &, 20th St NW,<br>    Washington, DC 20551.<br><br>        *Defendants.* | Civil Action No. 25-2903 |

## [PROPOSED] ORDER GRANTING TEMPORARY RESTRAINING ORDER

UPON CONSIDERATION OF Plaintiff Lisa D. Cook's Motion for a Temporary Restraining Order and accompanying memorandum, it is hereby

ORDERED that the Motion is GRANTED.

It is DECLARED that the President's purported termination of Plaintiff Lisa D. Cook

("Governor Cook") is unlawful and that Governor Cook is still a member of the Board of Governors of the Federal Reserve System.

It is further DECLARED that Governor Cook is a member of the Board of Governors of the Federal Reserve System.

It is further ORDERED that the Non-Presidential Defendants are ENJOINED from effectuating in any manner Governor Cook's illegal purported removal from her position or in any way treating her as having been removed, or denying or obstructing her in accessing any of the benefits or resources of her Board position.

IT IS SO ORDERED.


Dated: _____            _____
      Washington, D.C.                                                    U.S. District Judge