AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Lisa D. Cook ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:25-cv-02903-JMC |
| Donald J. Trump et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Lisa D. Cook.

Date:   08/28/2025

/s/ Isabella M. Oishi
*Attorney's signature*

Isabella M. Oishi, Bar No. 90018056
*Printed name and bar number*
1250 H Street NW, Suite 250
Washington DC, 20005

*Address*

ioishi@lowellandassociates.com
*E-mail address*

(202) 964-6110
*Telephone number*

(202) 964-6116
*FAX number*