AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Lisa D. Cook | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-02903-JMC |
| Donald J. Trump, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Board of Governors of the Federal Reserve System and Chair Jerome H. Powell .

Date: 08/28/2025

/s/ Joshua P. Chadwick
*Attorney's signature*

Joshua P. Chadwick (DC 502279)
*Printed name and bar number*

Board of Governors of the Federal Reserve System
20th Street and Constitution Avenue, NW
Washington, DC 20551
*Address*

joshua.p.chadwick@frb.gov
*E-mail address*

(202) 263-4835
*Telephone number*

(202) 452-3819
*FAX number*