UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LISA D. COOK,** | : |
| *Plaintiff,* | : |
| v. | : No. 1:25-cv-02903-JMC |
| **DONALD J. TRUMP,** *et al.* | : |
| *Defendants.* | : |

**AZORIA CAPITAL, INC. AND JAMES T. FISHBACK'S MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF IN SUPPORT OF DEFENDANT DONALD J. TRUMP**

Pursuant to LCvR 7(o), Azoria Capital, Inc. and its Chief Executive Officer James T. Fishback ("Movants") respectfully request leave to file an *amicus curiae* brief supporting President Donald J. Trump in the above-captioned case.

**NATURE OF MOVANTS' INTEREST**

Azoria Capital, Inc. ("Azoria") is an American institutional investment firm that manages investments including U.S. Treasury securities and interest rate derivatives. Azoria's business operations are directly and materially affected not only by decisions of the Federal Reserve Board of Governors ("Board"), but also by the Board's integrity—both actual and perceived. This is critical to market stability and, as such, to Movants' business. Accordingly, Movants have an interest in the President's ability to remove members of the Board based on credible information indicating misconduct, particularly where such misconduct implicates mortgages, a segment of the American economy over which the Board exerts tremendous influence.

**MOVANT'S INTEREST IS NOT ADEQUATELY REPRESENTED BY A PARTY**

No party is a member of the regulated financial community or an active institutional participant in capital markets. As such, the parties' arguments are unlikely to address the specific

concerns of such investors (including Azoria and Mr. Fishback), whose businesses are directly impacted by the Board's actual and perceived integrity, independence, and credibility.

### The Matters Asserted are Relevant to the Disposition of the Case

Plaintiff has raised concerns about the potential impact of her removal on financial market stability and the credibility of the Board. *See, e.g.*, Compl. ¶ 10. As active institutional investors, Azoria and its CEO offer a practical perspective on those claims. The Court would benefit from hearing directly from Movants because they can speak to these impacts from the perspective of market participants.

Movants intend to file a brief that is short and focused, mindful of the expedited timeline for the temporary restraining order and the hearing scheduled for tomorrow. Movants do not seek to delay proceedings, but rather to provide the Court with a concise viewpoint that may otherwise be absent from the record.

### Positions of the Parties

At 3:03 PM central time on August 28, 2025, Movant's counsel requested Plaintiff's position on this motion via email to her counsel at the following addresses:

ALowellpublicoutreach@lowellandassociates.com
BFrey@lowellandassociates.com
DKolansky@lowellandassociates.com
IOishi@lowellandassociates.com
JBolen@lowellandassociates.com
norman@democracydefenders.org
tianna@democracydefenders.org

At 3:12 PM central time on August 28, 2025, Movant's counsel requested Defendants' position(s) on this motion via email to Alex Haas, Director of the Federal Programs Branch, who was listed on Plaintiff's certificate of compliance with LCvR 65.1, *see* Doc. 2-2.

As of the time of this filing, no party has stated a position on Movants' request herein.

## CONCLUSION

Movants respectfully request that the Court grant this motion for leave to file an *amicus curiae* brief. The proposed brief is being prepared, and Movants will submit it as an addenda to this filing as soon as the brief is finalized. Movants file this motion for leave now so as not to delay notice to the Court or the parties of their intentions.

Respectfully submitted,

*/s/ Steve Roberts*
Steve Roberts
District of Columbia Bar No. 989338
Anne Marie Mackin*
Texas State Bar No. 24078898
Jesse Vazquez
District of Columbia Bar No. 1657600
Lex Politica PLLC
#129 7415 SW Parkway
Building 6, Suite 500
Austin, TX 78735
Telephone: (512) 354-1785
steve@lexpolitica.com
amackin@lexpolitica.com
jvazquez@lexpolitica.com

**ATTORNEYS FOR PLAINTIFF**

* Motion for admission *pro hac vice* forthcoming