## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LISA D. COOK,** | : |
| | : |
| *Plaintiff,* | : |
| **v.** | : No. 1:25-cv-02903-JMC |
| | : |
| **DONALD J. TRUMP,** *et al.* | : |
| | : |
| *Defendants.* | : |

### PROPOSED ORDER GRANTING MOTION FOR LEAVE TO FILE AS *AMICUS CURIAE*

Upon consideration of the Motion of Azoria Capital, Inc. and James T. Fishback for leave

to file an *amicus curiae* brief in support of Donald J. Trump in the above-captioned case, it is on

this _____ day of August, 2028, hereby

**ORDERED** that said Motion is **GRANTED;** and it is

**FURTHER ORDERED** that the Clerk of Court shall accept for filing the proposed *amicus*

brief that appears as Document _____ in the Court's ECF system.

 

**JIA COBB**
UNITED STATES DISTRICT JUDGE