IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LISA D. COOK,<br><br>    Plaintiff,<br><br> v.<br><br>DONALD J. TRUMP *et al.*,<br><br>    Defendants. | No. 1:25-cv-02903-JMC |

**RESPONSE BY DEFENDANTS BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM AND CHAIRMAN JEROME H. POWELL TO PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER**

  Defendants Board of Governors of the Federal Reserve System and Chairman Jerome H. Powell, in his official capacity (collectively, the "Board"), respectfully submit this response to the motion by Plaintiff Lisa D. Cook for a temporary restraining order to prevent the President from removing her from the Board. As the Complaint and motion make clear, the Board is being sued to ensure that Governor Cook can obtain complete relief if she is successful on her claims. *See* Complaint ¶¶ 5, 6 (noting that the Board is sued only "to the extent [it] has the ability to take any action to effectuate President Trump's purported termination of Governor Cook"); *accord* Complaint at Prayer for relief (e), (f); TRO Motion at 2; TRO Brief at 2, 23. Thus, while the Board has authority to independently litigate under the Federal Reserve Act, 12 U.S.C. § 248(p), and will be in attendance at the August 29 hearing, it does not intend to offer arguments concerning Governor Cook's motion. At this time, the Board merely expresses (1) its interest in a prompt ruling by this Court to remove the existing cloud of uncertainty; and (2) its intent to follow any order this Court issues.

Dated: August 29, 2025

                                            Respectfully submitted,

                                            /s/ *Joshua P. Chadwick*
                                          Joshua P. Chadwick, Assistant General Counsel
                                          Board of Governors of the Federal Reserve System
                                          20th Street and Constitution Avenue, NW
                                          Washington, DC 20551
                                          joshua.p.chadwick@frb.gov
                                          Phone: (202) 263-4835
                                          Fax: (202) 452-3819

                                          *Counsel for Board of Governors*
                                          *of the Federal Reserve System*