**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LISA D. COOK, in her official capacity as a member of the Board of Governors of the Federal Reserve System and her personal capacity,<br><br>*Plaintiff*,<br><br>    *v.*<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*<br><br>*Defendants*. | Civil Action No. 25-cv-02903-JMC |

**PLAINTIFF'S CONSENT MOTION FOR LEAVE TO FILE REPLY MEMORANDUM**
**IN EXCESS OF TWENTY-FIVE (25) PAGES**

Plaintiff Lisa D. Cook, through undersigned counsel, respectfully submits this Motion for leave to file a memorandum not to exceed thirty-five (35) pages with respect to her Reply in Support of Her Motion for a Temporary Restraining Order.  As good cause, Plaintiff states:

1.      Plaintiff filed a Complaint on August 28, 2025, naming Defendants Donald J. Trump in his official capacity; the Board of Governors of the Federal Reserve System, both collectively and in their individual official capacities; and Jerome H. Powell, in his official capacity as Chair of the Board of Governors of the Federal Reserve System.  ECF 1.

2.      On the same day, Plaintiff filed a Motion for a Temporary Restraining Order in support of her Complaint.  ECF 2 & 2-1.  Defendant Donald J. Trump ("the Government") submitted his Opposition to Plaintiff's Motion for a Temporary Restraining Order on August 29, 2025 (ECF 13), and a hearing on the Motion was held the same day.

3.      At the hearing, the Court raised a number of questions to be addressed by Plaintiff in her reply brief and invited further briefing on the issues.

4.      Local Civil Rule 7(e) states that "a reply memorandum shall not exceed 25 pages" without prior approval of the Court. *See* LCvR 7(e).

5.      Because of the scope, breadth, complexities, and significance of the constitutional and statutory issues involved in responding to the Government's Opposition and the Court's questions at the hearing, Plaintiff requires more than twenty-five (25) pages to effectively present her arguments, aid the Court in its deliberations, and provide Defendants adequate notice regarding the basis of her request for a temporary restraining order.

6.      On September 2, 2025, pursuant to Local Civil Rule 7(m), Plaintiff's counsel conferred with Yaakov M. Roth, Principal Deputy Assistant Attorney General, DOJ Civil Division, Programs Branch, who consented to this Motion. Mr. Roth also indicated that the Government would seek leave to file a supplemental memorandum of law, no later than Thursday, September 4, which Plaintiff would not oppose (and so indicated to counsel).

WHEREFORE, Plaintiff requests that this Court grant leave for Plaintiff to file a Reply Memorandum in Support of her Motion for Temporary Restraining Order not to exceed 35 pages.

Dated: September 2, 2025                       Respectfully Submitted,

                                               */s/ Abbe David Lowell*
                                               Abbe David Lowell [Bar No. 358651]
                                               Brenna L. Frey*
                                               David A. Kolansky [DDC No. 7680722]
                                               Isabella M. Oishi [Bar No.  90018056]
                                               Jack Bolen*
                                               LOWELL & ASSOCIATES, PLLC
                                               1250 H Street, N.W., Suite 250
                                               Washington, DC 20005
                                               T: (202) 964-6110

2

F: (202) 964-6116
ALowellpublicoutreach@lowellandassociates.com
BFrey@lowellandassociates.com
DKolansky@lowellandassociates.com
IOishi@lowellandassociates.com
JBolen@lowellandassociates.com

*Attorneys for Governor Lisa Cook*


Norman L. Eisen [Bar No. 435051]
Tianna J. Mays [Bar No. 90005882]
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE #15180
Washington, DC 20003
T: (202) 601-8678
norman@democracydefenders.org
tianna@democracydefenders.org

*Attorneys for Governor Lisa Cook*

* Application for admission or admission pro hac
vice forthcoming.

**CERTIFICATION OF SERVICE**

I HEREBY CERTIFY that on this 2nd day of September, 2025, a copy of the foregoing

Plaintiff's Motion for Leave to File Reply Memorandum in Excess of Twenty-Five (25) Pages and

all accompanying documents were served electronically on all parties receiving service via

CM/ECF in this case.

/s/ Abbe David Lowell
Abbe David Lowell [Bar No. 358651]