UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LISA D. COOK, in her official capacity as a member of the Board of Governors of the Federal Reserve System and her personal capacity,<br><br>*Plaintiff*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*<br><br>*Defendants*. | Civil Action No. 25-cv-02903-JMC |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S CONSENT MOTION FOR LEAVE TO FILE REPLY MEMEMORANDUM IN EXCESS OF TWENTY-FIVE (25) PAGES**

Upon consideration of Plaintiff's Consent Motion for Leave to File Reply Memorandum in Excess of Twenty-Five (25) Pages, it is hereby

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that Plaintiff may file a reply memorandum in support of her Motion for a Temporary Restraining Order not to exceed 35 pages, and that Defendant Donald J. Trump may file a supplemental memorandum of law no later than September 4, 2025.

**SO ORDERED** this _____ of September 2025.

_____
Hon. Jia M. Cobb
United States District Judge