IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Case No. 25-CV-02903 (JMC)

LISA D. COOK,

       Plaintiff,

v.

DONALD J. TRUMP, et al.,

       Defendants.

---

### MOTION FOR LEAVE TO FILE BRIEF OF AMICUS CURIAE
### K.L. SMITH IN SUPPORT OF NEITHER PARTY

---

    Pursuant to Rule 29 of the Federal Rules of Appellate Procedure and LCvR 7(o), K.L. Smith ("Amicus") respectfully moves for leave to file the accompanying *Amicus Curiae* Brief in the above-captioned matter (Exhibit A). In support of this motion, Amicus states as follows:

1.    **Identity of Amicus.** Amicus is the petitioner in *Smith v. Trump*, No. 2025-CAB-004825 (D.C. Super. Ct. 2025), a quo warranto proceeding challenging Donald J. Trump's lawful entitlement to hold the office of President of the United States. Amicus has no personal interest in this case and certifies that no party or counsel for a party authored this motion or the proposed brief in whole or in part, and that no person other than Amicus made any monetary contribution to its preparation or submission.

2.    **Interest of Amicus.** Amicus is currently advancing legal arguments on the self-executing nature of Section 3 of the Fourteenth Amendment and the historical means of removing disqualified officials from office. These issues overlap substantially with the constitutional questions presented in this case.

3.    **Reasons for the Proposed Brief.** Amicus respectfully submits that the attached brief may assist the Court by:

    • Providing historical context for enforcement of Section 3 of the Fourteenth Amendment through quo warranto and other judicial remedies;

    • Highlighting relevant precedent concerning the void nature of actions taken by a usurper to public office, including *Norton v. Shelby County*, 118 U.S. 425 (1886);

    • Addressing the principle that constitutional text, where unambiguous, controls judicial resolution without need for ancillary legislation.



RECEIVED
SEP 01 2025
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

4.     **No Prejudice.** The submission of the proposed brief will not prejudice any party. The brief presents no new facts, relies exclusively on public sources, and addresses only legal principles that may aid the Court's deliberation.

5.     **Position of the Parties.**  At about 9:00 EDT on September 1, 2025, Movant requested the Parties' position on this motion via email to counsel at the following addresses:

>    Christopher.Hall@ussdoj.gov
>    joshua.p.chadwick@frb.gov
>    ALowellpublicoutreach@lowellandassociates.com
>    BFrey@lowellandassociates.com
>    DKolansky@lowellandassociates.com
>    IOishi@lowellandassociates.com
>    JBolen@lowellandassociates.com
>    norman@democracydefenders.org
>    tianna@democracydefenders.org

   As of the time of this filing, no party has stated a position on Movants' request herein.

## CONCLUSION

   For the foregoing reasons, Amicus respectfully requests that the Court grant leave to file the accompanying *Amicus Curiae* Brief.

Respectfully submitted this 1st day of September, 2025,



_____
K.L. Smith
3649 Evergreen Pkwy. #504
Evergreen, CO. 80437-0504
Manncoulter.fox@gmail.com
(720) 404-5383

## CERTIFICATE OF SERVICE

    On September 1, 2025, in addition to e-mailing the Parties, Amicus caused the Petition and attached brief to be served via First-Class Mail on the Parties named below, at the last known address:

Abbe David Lowell
LOWELL & ASSOCIATES, PLLC
1250 H Street, N.W., Suite 250
Washington, DC 20005
    *Attorneys for Plaintiff*


Joshua P. Chadwick, Assistant General Counsel
Board of Governors of the Federal Reserve System
20th Street and Constitution Avenue, NW
Washington, DC 20551

Christopher R. Hall, Assistant Branch Director
U.S. Department of Justice, Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
    *Attorneys for Defendants*