IN THE UNITED STATES DISTRICT COURT  
FOR THE DISTRICT OF COLUMBIA  
-------------------------------------------------------------------X   1:25-cv-02903-JMC

LISA D. COOK

                          Plaintiff,

-against-

DONALD J. TRUMP, et al.

                          Defendants.

-------------------------------------------------------------------X

**MOTION FOR LEAVE TO FILE BRIEF OF AMICUS CURIAE IN SUPPORT OF DEFENDANT DONALD J. TRUMP**

Pursuant to LCvR 7(o), Jason Goodman ("Movant"), appearing pro se, respectfully requests leave to file an amicus curiae brief in support of Defendant Donald J. Trump in the above-captioned case. The proposed brief is attached hereto.

## I. NATURE OF MOVANT'S INTEREST

Movant is a U.S. citizen, investigative journalist, documentary filmmaker, and a U.S. taxpayer who has spent years examining the misuse of nonprofit organizations for improper partisan purposes. Movant has investigated Norman Eisen's network of interrelated 501(c)(3) and 501(c)(4) organizations, including Citizens for Responsibility and Ethics in Washington (CREW), State Democracy Action Fund, and State Democracy Defenders Fund. Movant has documented repeated instances in which these entities have been used as vehicles for partisan political activity under the guise of charitable status.

Movant has a significant interest in ensuring that this Court is not misled by appearances of counsel whose participation may violate nonprofit law and professional responsibility standards. In particular, Democracy Defenders Fund, a 501(c)(3) reporting no revenue or expenses, has entered this case as counsel of record for Plaintiff Lisa Cook. Movant seeks to highlight concerns

about improper (c)(3)/(c)(4) crossover, fiscal sponsorship opacity, and the integrity of judicial proceedings.

## II. MOVANT'S INTEREST IS NOT ADEQUATELY REPRESENTED

No party in this case has raised, nor is likely to raise, concerns about the misuse of nonprofit law or professional ethics rules by Plaintiff's counsel. Plaintiff and Defendants are focused on constitutional and statutory issues surrounding the President's removal authority. Movant's perspective—rooted in nonprofit compliance and ethics oversight—is distinct and necessary to provide the Court with a full understanding of the implications of allowing a hollow 501(c)(3) to participate in partisan litigation.

## III. THE MATTERS ASSERTED ARE RELEVANT TO THE DISPOSITION OF THE CASE

Plaintiff has raised claims that go to the integrity of the Federal Reserve and the legitimacy of her removal. The credibility of Plaintiff's counsel and their compliance with nonprofit law are relevant to the Court's assessment of the integrity of these proceedings. If Democracy Defenders Fund is operating ultra vires, lacking legal capacity under Fed. R. Civ. P. 17(b)(2), or engaging in improper expense-sharing with its affiliated (c)(4), that goes directly to whether this Court should accept filings submitted through that vehicle.

Movant's proposed amicus brief details these issues and provides documentary exhibits, including IRS Form 990s, showing the fiscal sponsorship and related-party arrangements that raise serious compliance questions.

## IV. POSITIONS OF THE PARTIES

Movant supports Defendant Donald J. Trump. Pursuant to LCvR 7(o)(2), Movant states that the positions of Plaintiff and the other Defendants on this motion are currently unknown. Movant

requested the parties' positions by email on September 2, 2025 and will promptly supplement upon receipt of any responses. A proposed order accompanies this motion.

V.    CONCLUSION

For the foregoing reasons, Movant respectfully requests that this Court grant him leave to file the attached amicus curiae brief in support of Defendant Donald J. Trump.

Dated: New York, New York September 2, 2025

Respectfully submitted
Jason Goodman
[Proposed] Pro Se Amicus
252 7th Avenue Apt 6s
New York, NY 10001
truth@crowdsourcethetruth.org
347-201-6017