UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LISA D. COOK, in her official capacity as a member of the Board of Governors of the Federal Reserve System and her personal capacity,<br><br>*Plaintiff*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*<br><br>*Defendants*. | Civil Action No. 25-cv-0290-JMC |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE A SUR-REPLY BRIEF IN FURTHER SUPPORT OF HER MOTION FOR A TEMPORARY RESTRAINING ORDER**

Upon consideration of Plaintiff's Motion for Leave to file a short Sur-Reply brief in further support of her Motion for a Temporary Restraining Order, it is hereby

**ORDERED** that the Motion is **GRANTED**.

**SO ORDERED** this _____ of September 2025.

_____
Hon. Jia M. Cobb
United States District Judge