# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

CLERK
US DISTRICT & BANKRUPTCY
COURTS FOR DC

'25 AUG 32 P 5: 23

RECEIVED

LISA D. COOK, in her official capacity as a member of the Board of Governors of the Federal Reserve System and her personal capacity, Constitution Ave NW &, 20th St NW, Washington, DC 20551.

*Plaintiff,*

*v.*

DONALD J. TRUMP, in his official capacity as President of the United States, 1600 Pennsylvania Avenue, NW, Washington, DC 20500,

BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM, both collectively and in their individual official capacities, Constitution Ave NW &, 20th St NW, Washington, DC 20551,

JEROME H. POWELL, in his official capacity as Chair of the Board of Governors of the Federal Reserve System, Constitution Ave NW &, 20th St NW, Washington, DC 20551,

*Defendants.*

No. 1:25-cv-02903-JMC

**BRIEF AMICUS CURIAE IN SUPPORT OF THE PUBLIC INTEREST**

Submitted by:
William Michael Cunningham
PRO SE
PO Box 75574
Washington, DC 20013
202-455-0430
williamcunningham840@gmail.com

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

## Contents

TABLE OF AUTHORITIES.................................................................................3

STATUTES ......................................................................................................4

OTHER AUTHORITIES ..................................................................................4

CORPORATE DISCLOSURE STATEMENT..................................................10

CERTIFICATE OF COMPLANCE..................................................................11

INTEREST OF AMICUS ................................................................................12

INTRODUCTION............................................................................................13

ARGUMENT ..................................................................................................14

I.    The Executive Cannot Capture the Federal Reserve...........................14

II.    Corporate Interests Do Not Represent the Public Interest.............................15

III.    Selective Enforcement Violates Equal Protection ...........................................15

IV.    Markets Are Not Neutral; Credibility Depends on Fairness.........................16

V.    Precedent and Forecasts Confirm the Need for Independence.....................17

VI. The Federal Reserve's Credibility Is the Foundation of Monetary Policy.......18

VII. Historical Lessons Show That Political Interference Harms the Public .........18

VIII. Independence Protects Vulnerable Communities .......................................19

IX. Courts Have a Duty to Uphold Structural Safeguards....................................20

CONCLUSION ...............................................................................................20

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

## TABLE OF AUTHORITIES

CASES

Supreme Court of the United States. No. 97–5066. William Michael Cunningham, Petitioner v. Board of Governors of the Federal Reserve System. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit.

United States Court of Appeals FOR THE DISTRICT OF COLUMBIA CIRCUIT. No. 97-1256 William Michael Cunningham, APPELLANT v. Board of Governors of the Federal Reserve System, Appellee. Decided April 30, 1997.

United States Court of Appeals FOR THE DISTRICT OF COLUMBIA CIRCUIT. No. 98-1459 William Michael Cunningham, APPELLANT v. Board of Governors of the Federal Reserve System, Appellee. October, 1998.

United States Court of Appeals FOR THE DISTRICT OF COLUMBIA CIRCUIT. No. 22-1311 William Michael Cunningham, APPELLANT v. Board of Governors of the Federal Reserve System, Appellee. October, 2022.

S.E.C. v. Bear, Stearns Co. Inc., 03 Civ 2937 (WHP), 03 Civ 2938 (WHP), 03 Civ 2939 (WHP), 03 Civ 2940 (WHP), 03 Civ 2941 (WHP), 03 Civ 2942 (WHP), 03 Civ 2943 (WHP), 03 Civ 2944 (WHP), 03 Civ 2945 (WHP), 03 Civ 2946 (WHP), 03 Civ 2947 (WHP), 03 Civ 2948 (WHP), (S.D.N.Y. Nov. 6, 2003) (Testimony before the late Judge William H. Pauley III in the above cited case on

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

behalf of the public at the fairness hearing regarding the $1.4 billion-dollar Global Research Analyst Settlement. See: https://www.creativeinvest.com/fairness.html

Brief of Amici Curiae William Michael Cunningham,

U.S. Securities Exchange Commission v. Citigroup Global Markets Inc., 11 Civ. 7387 (JSR) (S.D.N.Y. Nov. 28, 2011)

Citizens United v. FEC, 558 U.S. 310 (2010).

**STATUTES**

12 U.S.C. § 242 (removal of Federal Reserve Governors 'for cause').

**OTHER AUTHORITIES**

Texas AG claimed three homes as primary residence. Democrats are being probed for similar issue. BRIAN SLODYSKO, Associated Press. Published: August 1, 2025See: https://www.akronlegalnews.com/editorial/37036

"Ken Paxton Claimed Three Houses as His Primary Residence, Records Show - The New York Times." New York Times, July 24, 2025. https://www.nytimes.com/2025/07/24/us/politics/ken-paxton-mortgage.html

Pulte Mortgage LLC, Englewood, CO, Allowed the Recording of Prohibited Restrictive Covenants. See: https://www.hudoig.gov/sites/default/files/documents/audit-reports//2013-la-1802.pdf

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

See: William Michael Cunningham, *SEC Response to Letter to SEC Commissioner Mary Schapiro*. October 29, 1993, archived at:

https://www.creativeinvest.com/SECNigerianLetter.pdf

Edward Kulkosky. *Security Backed Exclusively by Minority Loans*, American Banker Newspaper. Friday, December 2, 1994. Archived at:

https://www.creativeinvest.com/mbsarticle.html)

William Michael Cunningham, Black Wealth 2019 - Congressional Black Caucus

https://youtu.be/x4ukwLKqEzs

William Michael Cunningham, *Letter to Ms. Annette L. Nazareth, Director, Division of Market Regulation, US Securities and Exchange Commission*. Monday, December 22, 2003.

Housing Finance Regulatory Improvement Act, Hearing on H.R. 3703, before the Subcommittee on Capital Markets, Securities and Government Sponsored Entities (GSEs), 106th Cong, (2000) ("2000 GSE Hearings") (calling for GSE's to be subject to a through "Social Audit," an examination of the performance of an enterprise relative to certain social and ethical objectives.) Online at:

https://www.creativeinvest.com/fnma/

Select Revenue Measures Subcommittee of the House Ways and Means Committee. Joint hearing with the House Financial Services Committee,

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

Subcommittee on Domestic Monetary Policy and Technology. June 18, 2009.
(Testimony concerning the New Markets Tax Credit Program.) See:
https://www.creativeinvest.com/nmtctestimony.html

Mark Thomsen. *Property Flipping Remediation Yields Investment-grade Security.*
SocialFunds.com October 10, 2001. Archived at:
https://www.creativeinvest.com/PropertyFlipping.pdf

William Michael Cunningham, *Warning Concerning Increased Risk of System-wide Failure to Ms. Elaine M. Hartmann of the Division of Market Regulation, US Securities and Exchange Commission.* Monday, December 22, 2005.

California Public Employees' Retirement System (CalPERS). Corporate
Governance Advisors and Diversity Investing Advisors.
http://www.creativeinvest.com/Calpers1.pdf
http://www.creativeinvest.com/Calpers2.pdf and
http://www.creativeinvest.com/Calpers3.pdf

UN Global Principles for Responsible Investment (www.unpri.org). See:
http://www.creativeinvest.com/PRINews2009land.jpg

William Michael Cunningham, *Comments on Proposed Rule: Internet Availability of Proxy Materials Release Nos. 34-52926 IC-27182 File No. S7-10-05.* Monday, February 06, 2006. Archived at:
http://www.sec.gov/rules/proposed/s71005/wcunningham5867.pdf )

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

William Michael Cunningham, *Comments on Proposed Rule: Amendments to Exemptions from the Proxy Rules for Proxy Voting Advice. [Release No. 34-87457; File No. S7-22-19].* February 1, 2020. Archived at: https://www.sec.gov/comments/s7-22-19/s72219-6733888-207542.htm

William Michael Cunningham, *Adam Smith on the Current Financial Crisis.* April 05, 2009. http://twisri.blogspot.com/2009/04/adam-smith-on-current-financial-crisis.html

"Bank accused of predatory practices. Lawsuit alleges black neighborhood, churches targeted." Gazette.net. Online at: http://www.gazette.net/stories/06182009/collnew182411_32521.shtml

William Michael Cunningham, *"The New Center of Power: China Overtakes the U.S. as the Globe's Biggest Energy Consumer."* (2010):88 pp. Creative Investment Research, 1 Aug. 2010.

William Michael Cunningham, *Why Trump Will Win.* June 11, 2016. archived at: https://www.linkedin.com/pulse/why-trump-win-william-michael-cunningham-am-mba

William Michael Cunningham, *US Economic and Market Forecast: 2014 to 2020. Fully Adjusted Return® Analysis.* Washington, DC: Creative Investment Research, 2013. Print.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

United States Department of the Treasury, *Financial Crisis Response in Charts*. April 13 2012. Online at: https://drive.google.com/file/d/1b5qPxdqIUZHqm_qMfmy5YM3UNOxHVx4c/view?usp=sharing

George Stigler, "*The Theory of Economic Regulation*," Bell Journal of Economics, 2, 1971:3-21.

Gary S. Becker (1957, 1971, 2nd ed.). *The Economics of Discrimination*. Chicago, University of Chicago Press.

William Michael Cunningham, Global Market Turmoil Graphic and Financial Crisis Calendar Graphic, Creative Investment Research, December, 2008 and November, 2009. Archived at: https://creativeinvest.com/Global_Turmoil.pdf and https://creativeinvest.com/FinCrisisCalendarGraphicFINAL.pdf

William Michael Cunningham, *Letter to Senator Richard Shelby on the financial rescue plan under consideration by the US House and the US Senate.* See: http://www.ethicalmarkets.com//wp-content/uploads/2008/12/financialbailoutcomment1.pdf

William Michael Cunningham, *Mortgage GSE's, Predatory Lending and Minority Banks.* August 07, 2007. (Prediction: Bear Stearns Will Fail.) http://twisri.blogspot.com/2007/08/morgage-gses-predatory-lending-and.html

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

William Michael Cunningham, *Racial Bias in Securitization and Community Lending*. August 09, 2009. http://twisri.blogspot.com/2009/08/wells-fargo-sued-for-racially-biased.html

William Michael Cunningham, *The relationship between investment banks and the economy*. April 22, 2009. http://twisri.blogspot.com/2009/04/commercial-and-investment-banks-used.html

William Michael Cunningham, *Transaction Cost Theory of the Financial Crisis* June 18, 2010. Online at: http://www.prlog.org/10746429-firm-releases-transaction-cost-theory-of-the-financial-crisis.html

Pope Francis, Apostolic Exhortation *Evangelii Gaudium* (24 November 2013).

William Michael Cunningham, Letter to the editor: Trump's threats to the Fed's independence must be resisted, *American Banker Newspaper* (Aug. 21, 2025, 2:39 p.m. EDT), https://www.impactinvesting.online/2025/08/letter-to-editor-trumps-threats-to-feds.html

William Michael Cunningham, Trump's assaults on the Federal Reserve's independence must cease, BankThink – *American Banker Newspaper* (July 2025), https://www.impactinvesting.online/2025/07/bankthink-trumps-assaults-on-federal.html

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Local Civil Rule 7(o)(5) of the United States District Court for

the District of Columbia, I the undersigned pro se filer, make the following

declarations and disclosures:

1. William Michael Cunningham is a private individual and US citizen with no

   parent corporation. No publicly held corporation owns 10% or more of Mr.

   Cunningham.

2. William Michael Cunningham is an individual with no relevant disclosures.

Respectfully submitted,

Dated: September 1, 2025

/s/ William Michael Cunningham

William Michael Cunningham, Pro Se

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

### CERTIFICATE OF COMPLANCE

Pursuant to Local Civil Rule 7(o)(4)–(5), I certify that this amicus curiae brief

complies with the applicable requirements:

This brief does not exceed the 25-page limit for amicus briefs.

The brief has been prepared in a proportionally spaced typeface using 14-point

Times New Roman font, consistent with the typeface requirements of Local Civil

Rule 5.1(d).

September 1, 2025

Respectfully submitted,

/s/ William Michael Cunningham

William Michael Cunningham, Pro Se

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

**INTEREST OF AMICUS**

Amicus William Michael Cunningham is an economist and impact investment designer[1] who has, for decades, engaged with Congress, federal regulatory bodies and courts on matters of financial ethics, systemic risk, and economic well-being. His work includes testimony before the US Congress[2] and filings before the Securities and Exchange Commission[3], the Federal Reserve, and U.S. courts[4]. He offers a perspective rooted not in narrow self-interest but in defense of the public interest/good.

Amicus files this brief to emphasize the constitutional necessity of central bank independence, the invalidity of claims by profit-seeking amici who argue

[1] Edward Kulkosky. Security Backed Exclusively by Minority Loans, American Banker Newspaper. Friday, December 2, 1994. Archived at: https://www.creativeinvest.com/mbsarticle.html ) and see: Mark Thomsen. Property Flipping Remediation Yields Investment-grade Security. SocialFunds.com October 10, 2001. Archived at: https://www.creativeinvest.com/PropertyFlipping.pdf

[2] Housing Finance Regulatory Improvement Act, Hearing on H.R. 3703, before the Subcommittee on Capital Markets, Securities and Government Sponsored Entities (GSEs), 106th Cong, (2000) ("2000 GSE Hearings") (calling for GSE's to be subject to a through "Social Audit," an examination of the performance of an enterprise relative to certain social and ethical objectives.) Online at: https://www.creativeinvest.com/fnma/ and Select Revenue Measures Subcommittee of the House Ways and Means Committee. Joint hearing with the House Financial Services Committee, Subcommittee on Domestic Monetary Policy and Technology. June 18, 2009. (Testimony concerning the New Markets Tax Credit Program.) See: https://www.creativeinvest.com/nmtctestimony.html

[3] See: William Michael Cunningham, SEC Response to Letter to SEC Commissioner Mary Schapiro. October 29, 1993, archived at: https://www.creativeinvest.com/SECNigerianLetter.pdf Also see: William Michael Cunningham, Comments on Proposed Rule: Internet Availability of Proxy Materials Release Nos. 34-52926 IC-27182 File No. S7-10-05. Monday, February 06, 2006. Archived at: http://www.sec.gov/rules/proposed/s71005/wcunningham5867.pdf and William Michael Cunningham, Comments on Proposed Rule: Amendments to Exemptions from the Proxy Rules for Proxy Voting Advice. [Release No. 34-87457; File No. S7-22-19]. February 1, 2020. Archived at: https://www.sec.gov/comments/s7-22-19/s72219-6733888-207542.htm

[4] Brief of Amici Curiae William Michael Cunningham, U.S. Securities Exchange Commission v. Citigroup Global Markets Inc., 11 Civ. 7387 (JSR) (S.D.N.Y. Nov. 28, 2011)

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

otherwise, and the dangers of discriminatory enforcement that undermine equal protection.

No counsel for a party authored this brief in whole or in part, and no person other than amicus or his organization made a monetary contribution to its preparation or submission.

## INTRODUCTION

This Court faces a question of profound constitutional and economic significance: whether the President can summarily remove a Federal Reserve Governor under a claim of "for cause" without judicial review, thereby undermining the independence that is central to the design of the Federal Reserve Board.

Two core principles bear emphasis. First, the President cannot "capture" the Federal Reserve in the sense of regulatory capture theory. Unlike cabinet agencies, the Fed was intentionally insulated from executive influence. Its design as an independent central bank reflects Congress's deliberate choice to separate monetary authority from the executive branch. Second, the Court must scrutinize who seeks to influence its deliberations. It gains nothing from hearing the claims of non-diverse, greed-motivated corporate actors who are already empowered through Citizens United v. FEC (558 U.S. 310 (2010)), which gave corporations broad political spending power. Corporate wealth already speaks loudly; the Court should resist attempts to magnify those voices further.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

The Federal Reserve's independence is not an abstraction. It is the mechanism by which monetary policy commands credibility in financial markets, ensures stable prices, and promotes maximum employment. If the independence of the Board of Governors can be compromised through political interference or contested removals, the result is heightened uncertainty, elevated borrowing costs, and diminished public trust.

The public interest thus lies firmly in preserving the institutional independence of the Federal Reserve. The Court's resolution of this matter will affect not only the litigants but every household, business, and community that depends on a stable financial system.

**ARGUMENT**

I.    The Executive Cannot Capture the Federal Reserve

Regulatory capture theory[5] posits that agencies may be co-opted by the industries they regulate. But the President, as head of the executive branch, cannot "capture" one of his own departments: the executive already appoints and directs cabinet agencies. The Federal Reserve is different. It is not structurally subordinate to the White House but was established by Congress as an independent authority with staggered terms, bipartisan oversight, and removal protections. To allow the

---

[5] George Stigler, "The Theory of Economic Regulation," Bell Journal of Economics, 2, 1971:3-21.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

President to remove Governors at will would erase this independence, collapsing the distinction between the central bank and ordinary agencies.

## II.    Corporate Interests Do Not Represent the Public Interest

Other amici seem to claim that the opinions of market participants warrant elevated consideration and deference. But the Court should recognize self-interest at work. Market participant success, like that of all firms, depends primarily on management skill, innovation, and competitive discipline—not on Federal Reserve policy, which operates uniformly across the economy. Certain market participants will maximize profits no matter what Federal Reserve policy is in place. Other participants will not. Any claim that Governor Cook's continued service threatens markets is unsubstantiated. In fact, such arguments echo a broader pattern: money already has an outsized role in American politics due to Citizens United, and it should not be amplified further in the judiciary.

## III.    Selective Enforcement Violates Equal Protection

The removal of Governor Cook based on contested allegations of mortgage fraud reflects a troubling pattern: Black officials are often held to stricter standards than their white counterparts. Consider Texas Attorney General Ken Paxton and his wife, who obtained multiple mortgages falsely declaring each home as their primary residence[6]—classic mortgage fraud—while simultaneously claiming

---

[6] "Ken Paxton Claimed Three Houses as His Primary Residence, Records Show - The New York Times." New York Times, July 24, 2025. https://www.nytimes.com/2025/07/24/us/politics/ken-paxton-mortgage.html

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

improper homestead tax breaks. The Associated Press documented these violations, which legal experts agree constitute federal and state crimes[7]. Yet no removal from office followed. Similarly, Pulte Mortgage LLC was cited by HUD's Office of Inspector General[8] for allowing the recording of prohibited restrictive covenants, yet no systemic accountability was imposed. To single out Governor Cook for alleged violations that white public officials and firms have committed with impunity is discriminatory and violates the Equal Protection Clause.

IV.    Markets Are Not Neutral; Credibility Depends on Fairness

Some have argued that markets cannot believe a Governor accused of misconduct. But this ignores the role of racism and sexism in shaping credibility perceptions. A Black woman can state the absolute, confirmable truth and still not be believed if market participants harbor bias. Forward guidance—one of the Fed's tools—fails not when Governors are independent, but when independence is compromised by prejudice or political manipulation. Credibility requires both institutional integrity and a commitment to equality under the law.

---

[7] Texas AG claimed three homes as primary residence. Democrats are being probed for similar issue. BRIAN SLODYSKO, Associated Press. Published: August 1, 2025 See: https://www.akronlegalnews.com/editorial/37036
[8] Pulte Mortgage LLC, Englewood, CO, Allowed the Recording of Prohibited Restrictive Covenants. See: https://www.hudoig.gov/sites/default/files/documents/audit-reports//2013-la-1802.pdf

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

### V.     Precedent and Forecasts Confirm the Need for Independence

History demonstrates the dangers[9] of subordinating a central bank to political or corporate[10] power. Amicus previously forecast[11] a Trump electoral victory, underscoring the risks of renewed political encroachment on monetary authority. He also opposed the Citigroup–Travelers merger decades ago, warning of systemic risk[12] that later materialized in the 2008 financial crisis. He predicted the failure of

---

[9] Hyperinflation, currency devaluation and economic crises are common outcomes in countries where politicians dictate monetary policy - Weimar Germany (1921–1923): Political pressure on the Reichsbank to print money to finance reparations and government spending led to one of the most infamous hyperinflations in history.
Zimbabwe (2000s): Under President Robert Mugabe, the Reserve Bank of Zimbabwe monetized government deficits at the regime's direction, triggering hyperinflation that peaked at 79.6 billion percent month-to-month in November 2008.
Argentina (multiple episodes): Government interference in the central bank's independence has repeatedly led to monetized deficits, rapid inflation, currency collapses, and sovereign defaults (1980s, 2001, 2018–present).
Venezuela (2010s): Politicization of the Central Bank of Venezuela, with orders to finance government deficits and price controls, drove hyperinflation and a catastrophic collapse in the bolívar's value.
Hungary (1946): Politically directed monetary expansion created the worst hyperinflation on record, with prices doubling every 15 hours. See: William Michael Cunningham, Trump's assaults on the Federal Reserve's independence must cease, BankThink – *American Banker Newspaper* (July 2025), https://www.impactinvesting.online/2025/07/bankthink-trumps-assaults-on-federal.html
[10] William Michael Cunningham, Racial Bias in Securitization and Community Lending. August 09, 2009. http://twisri.blogspot.com/2009/08/wells-fargo-sued-for-racially-biased.html
William Michael Cunningham, The relationship between investment banks and the economy. April 22, 2009. http://twisri.blogspot.com/2009/04/commercial-and-investment-banks-used.html
William Michael Cunningham, Transaction Cost Theory of the Financial Crisis June 18, 2010. Online at: http://www.prlog.org/10746429-firm-releases-transaction-cost-theory-of-the-financial-crisis.html
Pope Francis, Apostolic Exhortation Evangelii Gaudium (24 November 2013).
[11] William Michael Cunningham, Why Trump Will Win. June 11, 2016. archived at: https://www.linkedin.com/pulse/why-trump-win-william-michael-cunningham-am-mba
[12] "It is the APPELLANT'S belief that current tensions in certain parts of the country are a result of, in part, (a) widening income gap. He feels the increased concentration of wealth has contributed to and encouraged the development of, in certain individuals and groups, a repulsive 'bunker,' or militia

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

Bear Stearns.[13] These examples show the importance of foresight and independence. Without structural independence, forward guidance collapses, policy credibility erodes, and markets destabilize.


## VI. The Federal Reserve's Credibility Is the Foundation of Monetary Policy

Monetary policy operates, in part, through expectations. Research demonstrates that forward guidance—the communication of future policy intentions—has measurable effects on interest rates, credit flows, and investment decisions. If markets perceive that Governors speak under political threat or coercion, those signals lose value, impairing the Fed's ability to stabilize the economy. Credibility is not incidental to the work of a Federal Reserve Governor; it is the job itself. Independence preserves credibility, and credibility ensures that policy pronouncements influence market outcomes in predictable, stabilizing ways.


## VII. Historical Lessons Show That Political Interference Harms the Public

The dangers of compromised financial oversight are not hypothetical. As amicus documented in prior filings, widespread ethical lapses in the financial services

---

mentality that has a negative impact on the country, including its capital markets." No. 97-1256 William Michael Cunningham, APPELLANT v. Board of Governors of the Federal Reserve System, Appellee. Decided April 30, 1997. See:
https://www.creativeinvest.com/OppositionToCitigroupTravelersMerger.pdf
[13] William Michael Cunningham, Mortgage GSE's, Predatory Lending and Minority Banks. August 07, 2007. (Prediction: Bear Stearns Will Fail.)
http://twisri.blogspot.com/2007/08/morgage-gses-predatory-lending-and.html

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

industry contributed directly to the 2008 financial crisis[14], imposing trillions of dollars in losses on the public.[15]

Just as amici predicted that ratings agencies' conflicts of interest destroyed confidence in mortgage-backed securities, political encroachment on the Federal Reserve threatens to destroy confidence in monetary policy. Both result in market dysfunction, loss of trust, and disproportionate harm to ordinary Americans.

## VIII. Independence Protects Vulnerable Communities

Financial instability is not borne equally. Communities of color, low-income households, and small businesses suffer first and most severely when interest rates spike unpredictably or credit conditions tighten. Amicus's own research has shown that discriminatory practices in lending and securitization amplify these harms. Preserving the independence of the Federal Reserve is therefore not only a matter of institutional design but also of social equity. It ensures that economic policy is conducted for the benefit of the nation as a whole, rather than for transient political gain.

---

[14] United States Department of the Treasury, Financial Crisis Response in Charts.  April 13 2012. Online at: https://drive.google.com/file/d/1b5qPxdqIUZHqm_qMfmy5YM3UNOxHVx4c/view?usp=sharing

[15] William Michael Cunningham, Global Market Turmoil Graphic and Financial Crisis Calendar Graphic, Creative Investment Research, December, 2008 and November, 2009. Archived at: https://creativeinvest.com/Global_Turmoil.pdf and https://creativeinvest.com/FinCrisisCalendarGraphicFINAL.pdf

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

## IX. Courts Have a Duty to Uphold Structural Safeguards

The Federal Reserve Act provides for removal of Governors "for cause." Courts must interpret that provision consistently with the statute's purpose: protecting central bank independence while ensuring accountability for genuine misconduct. "For cause" cannot be read to permit removals based on political disagreement, public controversy, or temporary pressures. Such an interpretation would defeat the very independence the Act was designed to enshrine.

Judicial oversight is thus essential. By ensuring that "cause" is narrowly and properly defined, the Court upholds not the tenure of any individual Governor but the structural integrity of an institution that underpins the entire economy.

## CONCLUSION

Removing Governor Cook under contested allegations—while ignoring well-documented violations by white officials and corporations—would erode equal protection and compromise the independence of the Federal Reserve. The executive cannot capture an independent central bank; corporate interests already speak loudly under Citizens United; and biased credibility tests damage both markets and justice.

The public interest is clear. The independence of the Federal Reserve is indispensable to the stability of the American financial system and the well-being of the American people. Political interference—whether through disputed removals

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

or implicit threats—erodes credibility, destabilizes markets, and disproportionately harms vulnerable communities.

The main Defendant's prior performance increased the speed with which China will overtake the U.S. in GDP terms,[16] set the stage for the eventual replacement of the US dollar as global reserve currency,[17] and, in the aftermath of the COVID crisis, cost the nation $16.1 trillion.[18]

These events tend not to be in the public interest. The Defendant's preference for discrimination contributed to this outcome.[19] Unfortunately, unless the Judiciary steps up, we see little chance the Public Interest will prevail.

---

[16] Cunningham, William M. "The New Center of Power: China Overtakes the U.S. as the Globe's Biggest Energy Consumer." (2010):88 pp. Creative Investment Research, Inc. Creative Investment Research, Inc., 1 Aug. 2010.

[17] Cunningham, William M. US Economic and Market Forecast: 2014 to 2020. Fully Adjusted Return® Analysis. Washington, DC: Creative Investment Research, 2013. Print.

[18] The Trump Administration bears significant responsibility for the staggering economic and social costs of COVID-19 in the United States—estimated at $16.1 trillion in lost GDP, premature deaths, long-term health impairment, and mental health damage —because the administration repeatedly downplayed the severity of the virus, dismantled pandemic preparedness infrastructure, and delayed decisive public health interventions. Early intelligence warnings were ignored, testing rollout was fumbled, and mixed messaging on masks, vaccines, and social distancing fostered confusion and undermined compliance. Research shows that countries with rapid, coordinated responses fared far better in both health and economic outcomes; by contrast, the Trump Administration's politicization of public health guidance and failure to marshal a national strategy allowed the virus to spread unchecked, magnifying mortality, morbidity, and the scale of economic dislocation. In this sense, while not the proximate cause of the virus, Trump's negligent policies and rhetoric directly exacerbated its impact, making him responsible for much of the pandemic's historic cost to American society. See: Cutler DM, Summers LH. The COVID-19 Pandemic and the $16 Trillion Virus. JAMA. 2020;324(15):1495–1496. doi:10.1001/jama.2020.19759. Online at: https://jamanetwork.com/journals/jama/fullarticle/2771764

[19] Gary S. Becker (1957, 1971, 2nd ed.). The Economics of Discrimination. Chicago, University of Chicago Press.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

This Court should reaffirm the independence of the Federal Reserve, reaffirm principles concerning equal protection under the Constitution, and reject efforts by self-interested financial actors to undermine the integrity of monetary policy.

Respectfully submitted,

Dated: September 1, 2025

/s/ William Michael Cunningham

William Michael Cunningham, Pro Se