UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LISA COOK, <br><br> *Plaintiff,* <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> *Defendants.* | ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 1:25-cv-02903-JMC <br> ) <br> ) <br> ) <br> ) |

**DEFENDANT DONALD J. TRUMP'S NOTICE OF SUPPLEMENTAL AUTHORITY AND WITHDRAWAL OF OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE A SUR-REPLY**

Defendant Donald J. Trump respectfully submits this Notice of Supplemental Authority to inform the Court that on September 8, 2025, Chief Justice Roberts entered an order (attached as Exhibit 1) administratively staying an order of the district court reinstating a commissioner of the Federal Trade Commission who had been removed by President Trump, and calling for the plaintiff to respond to the government's stay application on or before Monday, September 15, 2025, at 4 p.m. *See* Order, *Trump v. Slaughter*, No. 25A264 (U.S. Sept. 8, 2025). The parties have cited the district court's order and appellate developments in *Slaughter* in their briefing in this case. *See* ECF No. 17, at 26; ECF No. 23, at 17 n.5; ECF No. 24-1, at 1-2.

In addition, Defendant hereby withdraws his opposition to Plaintiff's Motion for Leave to File a Sur-Reply in Further Support of Her Motion for a Temporary Restraining Order, ECF No. 24.

1

Dated: September 8, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General

ERIC J. HAMILTON
Deputy Assistant Attorney General

EMILY HALL
JOHN BAILEY
Counsel to the Assistant Attorney General

*/s/ Jeremy S.B. Newman*
CHRISTOPHER R. HALL
Assistant Branch Director
JEREMY S.B. NEWMAN
J. STEPHEN TAGERT
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
Telephone: (202) 532-3114
E-mail: jeremy.s.newman@usdoj.gov

*Counsel for Defendant Donald J. Trump*