# Supreme Court of the United States

No. 25A264

DONALD J. TRUMP, PRESIDENT OF THE UNITED STATES, ET AL.,

Applicants

v.

REBECCA K. SLAUGHTER, ET AL.

**O R D E R**

UPON CONSIDERATION of the application of counsel for the applicants,

IT IS ORDERED that the July 17, 2025 order of the United States District Court for the District of Columbia, case No. 1:25-cv-909, is hereby stayed pending further order of the undersigned or of the Court. It is further ordered that a response to the application be filed on or before Monday, September 15th, 2025, by 4 p.m. (EDT).

/s/   John G. Roberts, Jr.
Chief Justice of the United States

Dated this 8th
day of September 2025.