UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LISA COOK, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | No. 1:25-cv-02903-JMC |
| ) | |
| DONALD J. TRUMP, *et al.*, ) | |
| ) | |
| *Defendants*. ) | |

### DEFENDANT DONALD J. TRUMP'S NOTICE OF APPEAL

PLEASE TAKE NOTICE that Defendant Donald J. Trump hereby appeals to the United States Court of Appeals for the District of Columbia from this Court's Memorandum Opinion and Order granting a preliminary injunction to Plaintiff Lisa D. Cook. *See* ECF Nos. 27, 28.

1

Dated: September 10, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General

ERIC J. HAMILTON
Deputy Assistant Attorney General

EMILY HALL
JOHN BAILEY
Counsel to the Assistant Attorney General

*/s/ Jeremy S.B. Newman*
CHRISTOPHER R. HALL
Assistant Branch Director
JEREMY S.B. NEWMAN
J. STEPHEN TAGERT
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
Telephone: (202) 532-3114
E-mail: jeremy.s.newman@usdoj.gov

*Counsel for Defendant Donald J. Trump*