## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**********************************

**LISA D. COOK,**

                 **Plaintiff,**

**-vs-**

**DONALD JOHN TRUMP, SR., *et., al.,***

                 **Defendants.**

***************************************

**DOCKET NUMBER:**

**1-25-cv-02903-JMC**

**Honorable Jia Michelle Cobb**

**U.S. District Judge Presiding**

**Disqualified – Conflicted - Recusable**

*(right margin, stamped vertically)*
Angela D. Caesar, Clerk of Clerk
U.S. District Court, District of Columbia
RECEIVED Mailroom
SEP 15 2025

### NOTICE OF FILING

    *PLEASE TAKE NOTICE*, that on Thursday, August 28, 2025, LAMAR C. CHAPMAN, III, NON-PARTY, *AMICUS CURIAE, IN PROPRIA PERSONA*, filed with the Clerk of the United States District Court an **AFFIDAVIT AND PETITION FOR LEAVE TO APPEAR AMICUS CURIAE; AFFIDAVIT AND MOTION TO DISQUALIFY CONFLICTED AND DISQUALIFIED DISTRICT JUDGE JIA MICHELLE COBB; AND MOTION TO CONSOLIDATE, TRANSFER OR DISMISS FOR WANT OF JURISDICTION AND FRAUD UPON THE COURT**, *as attached hereto and served upon you herewith.*

### CERTIFICATE OF SERVICE

    Christophe' de' la' Mar Chapman, III, Non-Party, *Amicus Curiae, In Propria Persona* ("*Pro Se*") (*Circa* 1645) being first duly sworn, on oath states that he served the Parties hereto, and any other litigant entitled to Service with a Copy of this Notice and Motion *via* First Class United States Mail, as mailed from the Oak Brook, Illinois Postal Facility on Thursday, August 28, 2025, addressed as indicated with proper postage prepaid before the hour of 5:00 PM.

                    Christophe' de' la' Mar Chapman, III, AHO, DOC, OLLA, Ph. ESD

Non-Attorney, *Amicus Curiae*
Legist, Laureate, Juristician™
"Prolific Litigator" * "Extremely Rare"
Article II U.S. Officer – June 30, 1971 ("Nixon")
LAMAR C. CHAPMAN, III, AHO, ISBC, DOC,
OLLA, Ph. ESD – Elon Scholar – "Catholic Journal"
White House Bar and *Literati* Number: WH# 103-12012-43
1314 Kensington Road – Post Office Box 5232
Oak Brook, Illinois 60523-5232
Telephone Direct: (630) 207-8670
E-Mail: thelasallecompanies@gmail.com

**SUBSCRIBED AND SWORN TO BEFORE ME THIS 28ᵗʰ DAY OF AUGUST, 2025**

*Signature of Notary Public*

(SEAL OF NOTARY)
VANESSA M CHAPMAN
Notary Public, State of Illinois
Commission No. 903941
My Commission Expires November 17, 2027

---

*"Mr. Chapman is the best sole practitioner to ever come before the federal court!"*
Late Jack B. Schmetterer, Chief Judge *Emeritus*, USDC, USBC, ND, IL, ED – March 2000

# OFFICIAL SERVICE LIST

Ms. Pamela Bondi, Attorney General
United States of America
c/o Mr. Morris Pasqual, Acting U.S. Attorney
Northern District of Illinois
Dirksen McKinley Federal Building
219 South Dearborn Street – RM 500
Chicago, Illinois 60604

\*\*\*\*\*\*\*\*

Mr. Kash Patel, Esq., Director
Federal Bureau of Investigations (FBI)
935 Pennsylvania Avenue, NW Room 700
Washington, DC 20205-0001

\*\*\*\*\*\*\*\*

Honorable Rebecca M. Pallmeyer
Chief District Court Judge
THE EXECUTIVE COMMITTEE
Dirksen Federal Building
219 South Dearborn Street, 20th Floor
Chicago, Illinois 60604

\*\*\*\*\*\*\*\*\*\*

Honorable Mr. Charles Earnest Grassley
U.S. Senator *Pro Tempore, Emeritus*
United States Senate Committee on Judiciary
UNITED STATES SENATE
135 Hart Senate Office Building
Washington, DC 20510-1501

\*\*\*\*\*\*\*\*\*\*

Honorable, Mr. Donald John Trump, Sr.
Forty-Fifth, Forty-Sixth, and Forty-Seventh
President of the United States of America
c/o Madam Susie Wiles, Chief of Staff
OFFICE OF THE CHIEF OF STAFF
Eisenhower Executive Office Building
1650 17th Street, NW
Washington, DC 20001

Ms. Harmeet Dhillion, Esq.
CIVIL RIGHTS DIVISION
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Office of the Assistant Attorney General,
Attorney General, Main – RM 700
Washington, DC 20530
Civil Rights Number 551728 - BNS

\*\*\*\*\*\*\*\*

Mr. Adam S. Lee, Section Chief
Public Corruption and Civil Rights
Federal Bureau of Investigations
935 Pennsylvania Avenue, NW
Washington, DC 20205-0001

\*\*\*\*\*\*\*\*

# OFFICIAL SERVICE LIST

(*Continued*)

Honorable Kristi Lynn Arnold Noem
Secretary U.S. Department of Homeland Security
OFFICE OF THE SECRETARY – MS 2707
2707 Martin Luther King Jr., Avenue SE
Washington, DC 20528-0525

*************

Mr. Charles Earnest Grassley
U.S. Senator *Pro Tempore, Emeritus*
United States Senate Committee on Judiciary
UNITED STATES SENATE
135 Hart Senate Office Building
Washington, DC 20510-1501

************

Honorable, Mr. Donald John Trump, Sr.
Forty-Fifth, Forty-Sixth, and Forty-Seventh
President of the United States of America
c/o Madam Susie Wiles, Chief of Staff
OFFICE OF THE CHIEF OF STAFF
Eisenhower Executive Office Building
1650 17th Street, NW
Washington, DC 20001

***********

Ms. Angela D. Ceasar, Clerk
United States District Court
OFFICE OF THE CLERK OF THE COURT
Prettyman Federal Court House
333 Constitutional Avenue, NW
Washington, DC 20001
PRO SE FILING DESK URGENT

*********

Ms. Pamela Bondi, Attorney General
United States Department of Justice
OFFICE OF THE ATTORNEY GENERAL
950 Pennsylvania Avenue, NW
Washington, DC 20530

AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF COLUMBIA
## WASHINGTON, DC

| | |
|---|---|
| LISA D. COOK | ) |
| *Plaintiff* | ) |
| v. | ) Case No.   1:25-CV-02903-JMC |
| DONALD JOHN TRUMP, SR., et., al. | ) |
| *Defendant* | ) |

### APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

*ProSe*

AMICUS — *See Attached!*

Date: *August 28, 2025*

*Attorney's signature*

LAMAR C.CHAPMAN, III
*Printed name and bar number*
ALEXANDER, CAVANAUGH AND BLOCK, LLC
a LaSalle Company - Since 1978
1314 Kensington Road POST OFFICE BOX 5232
OAK BROOK, ILLINOIS 60523-5232

*Address*

thelasallecompanies@gmail.com
*E-mail address*

(630) 207-8670
*Telephone number*

*White House Bar Liberian Nº WHTE8808-93*
*FAX number*

---

"*Mr. Chapman is the best sole practitioner to ever come before the federal court!*"
Late Jack B. Schmetterer, Chief Judge *Emeritus,* USDC, USBC, ND, IL, ED – March 2000

1-4



**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, D. C. 20535-0001

WH #10312012-43

**DEC 0 4 2012**

Mr. L. Christopher Chapman, III
Managing Director
Alexander, Cavanaugh & Block, LLC
1314 Kensington Road
Post Office Box 5232
Oak Brook, IL 60523-5232

Dear Mr. Chapman:

      I am writing in response to your September 14, 2012, letter addressed to FBI
Director Robert S. Mueller, which was received by the White House. Your letter was forwarded
to the Department of Justice and subsequently referred to the FBI. You wrote regarding alleged
criminal interference with constitutional rights by a judicial officer.

      I have forwarded your correspondence to our Chicago Field Office to fully assess
this matter. If you have any additional concerns, please contact the Chicago Field Office, located
at 2111 West Roosevelt Road, Chicago, Illinois 60608, telephone number (312) 421-6700.

      I appreciate your bringing this matter to our attention, and I hope this information
will be helpful to you.

Sincerely,

Adam S. Lee
Section Chief
Public Corruption/Civil Rights Section

264



clearinghouse.net/detailPerson.php?id=60139

Gmail　YouTube　Maps　　Mail – Lamar Christ...

UNIVERSITY OF MICHIGAN LAW SCHOOL

## CIVIL RIGHTS LITIGATION CLEARINGHOUSE

HOME　ABOUT　FOR TEACHERS　SEARCH　QUESTIONS　RECENT ADDITIONS　feedback/ suggestions

## PERSON PROFILE

| | |
|---|---|
| Name | Chapman, Lamar Christopher III |
| City | Loretto |
| State | PA |
| Role(s) | Attorney |
| Gender | M |
| Case(s) | IM-CA-0085 : City and County of San Francisco v. Trump |
| | IM-HI-0004 : State of Hawaii v. Trump |
| | IM-WA-0029 : States of Washington & Minnesota v. Trump |

Type here to search

University of Michigan Law School

CIVIL RIGHTS LITIGATION CLEARINGHOUSE

Civil Rights Litigation Clearinghouse

HOMEABOUTFOR TEACHERSSEARCHQUESTIONSRECENT ADDITIONS

Person Profile

| | |
|---|---|
| Name | **Chapman, Lamar Christopher III** |
| City | Loretto |
| State | PA |
| Role(s) | Attorney |
| Gender | M |
| Case(s) | IM-CA-0085 : City and County of San Francisco v. Trump<br>IM-HI-0004 : State of Hawaii v. Trump<br>IM-WA-0029 : States of Washington & Minnesota v. Trump |

back

new people search

MICHIGAN LAW
UNIVERSITY OF MICHIGAN

Contact
Privacy Policy

4 of 4

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
## WASHINGTON, DC

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**LISA D. COOK,**

          ***Plaintiff,***

   **-vs-**

**DONALD J. TRUMP,** *in his*
*official capacity as President*
*of the United States, et., al.*

          ***Defendants.***
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**DOCKET NUMBER:**

 **1-25-cv-02903-JMC**

**Honorable Jia Michelle Cobb,**
**U.S. District Judge Presiding**
**Disqualified, Conflicted, Self-Recusal**
**Required.**

      **\*\*\*\*\*\*\*\*\*\*\*\***

**Ms. Angela D. Caesar,**
**Clerk of the District Court**

Angela D. Caesar, Clerk of Clerk
U.S. District Court, District of Columbia
RECEIVED
Mailroom
SEP 15 2025

## AFFIDAVIT SUPPORTED MOTION TO DISQUALIFY, RECUSE, AND REMOVE
## CONFLICTED PRESIDING DISTRICT COURT JUDGE JIA MICHELLE COBB

*NOW COMES AMICUS CURIAE* PETITIONER, Lamar C. Chapman, III, Non-Party, Non-Attorney, *In Propria Persona* (*Pro Se*) *Circa* 1645, Life-tenured, Article II Officer of the United States of America as Appointed, Commissioned by President Richard Milhous Nixon, "Prolific Litigator", Legist, Laureate – Juristician™, Federal Lecturer United States Department of Justice, United States Department of Education, and United States Bureau of Prisons, and pursuant to 28 USC, Sections 144, et., al, and 28 USC, Section 455(a), (5), (iii), *et., al*, very respectfully moves this Honorable Court to disqualify, recuse, and remove, fatally unconstituted, fraudulently sitting and severely conflicted district court judge Honorable Jia Michelle Cobb, from hearing this Petitioner's Motions for *Amicus Curiae*; Motion to Dismiss; and Motion to Disqualify, and in support of this motion, Petitioner states under oath and in consideration of the penalty of perjury the following:

## **PRELIMINARY STATEMENT**

Co-Conspirator Jia Michelle Cobb, has been Implicated in a Criminal Immigration Scheme to Compromise the Federal Courts and to Defraud the People of the United States of America.

Criminally conflicted Judge Jia Michelle Cobb the unconstituted and disqualified district court judge is subject to a Grand Jury Criminal Inquiry. As illegally appointed by the Nullified President and defunct Alien – Appointed unconstituted Vice President, Joseph Robinette Biden, Jr., Judge Cobb is criminally and unconstitutionally squatting in a life-time appointed Article III Judicial Office on the Federal Bench.

Consequently, any and all rulings, judgments, decisions rendered by Judge Cobb are unconstitutional, and void *ab initio*, without power, force, constitutional and lawful authority and must be held for naught, as such nullity as a non-discretionary matter of well-settled federal law.

The severely conflicted, unconstituted district judge was obliged to recuse herself. Concealing her misconduct, negligence and criminal coverup mandates that this duty-bound Article II Officer, Federal Discoverer, "prolific" Whistleblower, intervene as *Amicus Curiae*, and bring this sophisticated RICO -styled crime to the attention of the U.S. House of Representatives; Honorable, Mr. Charles Earnest Grassley, Ranking Member of the United States Senate, President *Pro Tempore, Emeritus* and Chairman of the United States Senate Judiciary Committee, Senate and House Judicial Oversight Committees, FBI, and other Federal Law Enforcement Agencies with jurisdiction over this high-level Fraud, and Official Misconduct travesty against the United States of America.

The lingering Judicial Fraud on the Court as engineered by the "Comey, FBI", as assigned to the Chicago FBI, and Eric Holder's Chicago Office of the U.S. Attorney's Office, with Chief Supreme Court Justice Honorable, Mr. John Glover Roberts, Jr., concealing the same after his botched personal Investigation was designed to target President Donald John Trump, Sr., and to impede his "Post-Administration, Obama and Biden, Criminal Investigation.

As fully spelled out in an *"Alien Manifesto"* ordered by Alien Obama as set forth in the National Archives, and Records Administration ("NARA") as follows:

> **"SHUT CHAPMAN UP OR LOCK HIM UP!"**
> **Discredit Chapman! Hold him indefinitely**
> **in federal custody on charges pending. If he**
> **writes, we indict! Treat Chapman harshly**
> **and TAKE NO ACTION!"**
>
> > ~ *Barry Soetoro, Negrito*
> > *Indonesian National,*
> > *(Juvenile Adoption June*
> > *15, 1971) Republic of*
> > *Indonesia, Illegally squatting*
> > *in the United States of America*
> > *on an overstayed student visa,*
> > *and fraudulently known as*
> > *"Born Alien" Kenyan Expatriate*
> > **Barack Hussein Obama, II.**

The Judicial, Executive, and Legislative Branches infiltration and foreign conquest of vital components of the powerful components of American assets can only be construed as a modern-day *coup d' e'tat.*

Although the highly distinguished African American Article II Officer was found by the Federal Bureau of Investigation, (FBI) Surveillance Profiler to be "*Extremely Rare*"[1] and without any criminal misconduct in his highly decorated and distinguished background, in retaliation for blowing the whistle on judicial fraud, immigration fraud, campaign, election fraud, and official misconduct *Amicus Curiae* Petitioner Chapman was falsely and wrongfully indicted, convicted and imprisoned eight (8) times because of the Chicago District and Seventh Circuit Courts determined that: "*The Nigger Forgot His Place!*" Law Clerk Jia Michelle Cobb, writing for Co-Defendant defunct Chief Circuit Judge Diane Wood, is alleged to have written materially false, and perjurious, disparaging, and slanderous, or defaming "Federal Opinion" stating that: ***Chapman looted Judy Gray's personal checking account***." See, <u>Lamar Chapman, III vs. James Duff, Diane Wood, Administrative Office of the Federal Court, et., al., Case Number 1:25-cv-00368</u>, Alien-Appointed, illegally sitting Judges Boaseberg, Cuban National Contreras, Indian National Metha, unlawfully presiding.

*Amicus Curiae* Petitioner Chapman's gated community home located in an affluent community right outside of co-defendant and whistleblower respondent Chief Seventh Circuit Judge, "Borked" and defunct Diane P. Wood, was raided by a multi-agency task force (County Sheriffs, Hinsdale Police, Chicago FBI, and Illinois State Police) without warrant or probable cause. The Vindictive raid was a prelude to President Trump's unauthorized raid on Mar-A-Lago. In fact, the same, Alien-Appointed, unconstituted, illegal immigrant, Non-Citizen, Asian Indian National, dishonorable Amit Priyavadan Metha, from Patan, India who illegally authorized listening devices in Trump Towers, heard his own case as a Defendant and dismissed the same, amounting to a serious and criminal violation of Petitioner Chapman's Civil and Constitutional Rights as well!

---

1. *Petitioner Chapman's extremely high intelligence quotient has been sealed by six (6) presidential administrations from FOIA, inquiry, and with no criminal background, drugs, violence, or abuse anywhere in his background, and after years of FBI Surveillance for Presidential Appointment to the United States Naval Academy, Military Clearance, Legislative and Judicial Committee background checks the FBI Profiler reported the following verbatim determination: "It is extremely rare to find all of Mr. Chapman's qualities in a single individual."*

## **INTRODUCTION**

A circumstantially unauthorized, conflicted judge, or an illegitimate, and unconstitutionally presiding judge is a nullity and unable to accord a party and the People of United States of America "Liberty and Justice for All" or to administer constitutionally mandated Due Process of Law. Any Federal Judge who presides in violation of Article III of the Constitution of the United States or who is Alien and fraudulently appointed sits as a nullity rendering void, invalid, and criminally unconstitutional rulings, in violation of Federal Law. See, 18 USC, Section 1001, *et., al.*, and 18 USC, Sections 240, 241, and other well-settled provisions of the Constitutional and Federal Laws. Particularly fraud on the Government and People of the United States of America, 28 USC, Section 286, and Section 371, respectively.

Due Process of Law, and Equal Protection Under the Law are unwavering provisions of the Fifth and Fourteenth Amendments of our Constitution. The undersigned Whistleblower, *Amicus* Petitioner, has been criminally violated by unconstituted, and alien appointed putative Article III Judge Jia Michelle Cobb. Her rulings are criminally unconstitutional rulings in civil matters concerning the *Amicus Curiae* Chapman, including the motions currently before the Court. The criminally complicit and unconstituted jurist will continue to intentionally and knowingly violate *Amicus Curiae* Chapman's rights to access the court unless a substitute judge is replaced to hear this judicially critical matter on an expedited basis.

If Judge Jia Michelle Cobb is allowed to disregard the law, and willfully violate the Civil and Constitutional Rights of the American People without oversight, or recourse the wheels of justice shall fall off its constitutional axis and will come to a screeching halt.

Accordingly, justice must prevail! Due process of law requires Illegal, unconstituted, and Alien-Appointed, putative Federal Judge Jia Michelle Cobb must be disqualified, involuntarily recused, referred for criminal indictment, indicted and impeached in that order. Otherwise, judicial corruption becomes the norm and Judge Jia Michelle Cobb unless the unconstituted judge is removed from her fraudulently acquired Judicial Office. The requirement to avoid the appearance of impropriety is the cornerstone of due process and the bedrock of administering that faithful asset of "LIBERTY AND JUSTICE FOR ALL!"

**"YOU TAKE CARE OF CHAPMAN AND I WILL TAKE CARE OF YOU!"**

~Illegal Immigrant and
Imposter American – U.S. Citizen
(18 USC, Section 911)
Barry Soetoro, Negrito
National of the Republic of Indonesia
Fraudulently Known as
Barack Hussein Obama, II

Nullified Jurist Jia Michelle Cobb, and several other illegally appointed and sitting federal judges were bribed, *quid pro quo*, in Judicial Fraud on the Court and whistleblower retaliation against *Amicus Curiae*, Petitioner Lamar C. Chapman, III, to enable the concealment of the unconstituted Alien Appointed Federal Court, and Federal Judge and the unconstitutional nomination, alien appointment, and fraudulent seating of disqualified Judge Jia Michelle Cobb, defunct Supreme Court Nominee, her Judicial benefactor Diane P. Wood, Ketanji Jackson Brown, Sparkle Sooknan, James Emanuel Booasberg, Tanya Chutkan, Amit Priyavadan Metha, Padmanabhan Srikanth "Sri" Srinivasan, Cuban National Imposter Judge Rudolph Contreas, Communist China National John Zee Lu, and other falsely sitting alien appointed federal judges, and Executive Branch illegal office holders such as Jia Michelle Cobb, and Defendant Lisa D. Cook.

More than enough reasons have been advanced under oath to disqualify, and recuse conflicted and disqualified Jia Michelle Cobb. Her unauthorized decisions on the unconstituted Joe Biden alien administration appointment and nomination of Defendant Lisa D. Cook is a void ruling on the nullified appointment and nomination of unconstituted judge Jia Michelle Cobb. As a *quasi*-party or defendant in pending legal matters, stepping down and immediate recusal and disqualification is mandated under law. See, 28 USC, Section 455 (5) (a) (iii); and 28 USC, Section 144 *et. seq*. See also, attached Affidavit of Lamar C. Chapman, III, or *Bracy v. Gramley*, 520 U.S. 899 (1997).

The sworn allegations that defunct Chief Seventh Circuit Judge Diane P. Wood four times bribed and four times failed Obama Supreme Court Nominee and subordinate "Recusal Respondent" Jia Michelle Cobb conspired to obey "born alien" Obama's "Alien Manifesto" in return for Illegal alien appointments, bribed vengeful retaliatory, Court and whistleblower mistreatment of *Amicus* Petitioner Chapman.

Since 1991, or for more than thirty-four (34) uninterrupted years, *Amicus* Chapman has been persecuted and victimized by the federal court in whistleblower retaliation by the Chicago and District of Columbia corrupt federal judiciary, for engaging in Civil Rights activism and protected conduct and for reporting judicial fraud on the Court. As former Chief Magistrate Judge, Honorable Morton Denlow says: "*Mr. Chapman does nothing more than the law allows.*" The Dardic and Denlow, Law Partner was the first who misused the Court to criminally defraud and victimize the god-loving, *Amicus Curiae*, Petitioner Lamar Christophe' Chapman, III. Denlow's misconduct as a Corporate Attorney also defrauded and violated *Amicus* Chapman, as published, reported and reversed by the Illinois Appellate Court. See, <u>Heller Financial v. Christopher LaSalle Company, Inc.,</u> 168 Ill. App. 3d 852, 854 (March 31, 1988); and 523 N.E. 2d 41. Legal malpractice, Corporate Defense Attorney, Ms. Francine Schwartz – Bober.

The "Ringleader" of this "Gang of Wayward, Vindictive Federal Judges" Defendant defunct Chief Seventh Circuit Judge Defendant Richard Allen Posner, sued in his individual capacity and corrupt superior to defunct Diane P. Wood, Jia Michelle Cobb, Biden, Kamala, and Obama. Defunct Judge Posner alerted other federal judges that: "*The Nigger Has Forgotten His Place!*"

Obama, Biden, Wood, punished *Amicus* Chapman with eleven (11) years (September 2012 – June 2023) of wrongful imprisonment for writing a "Power of Attorney" and Corporate Resolution authorized, and initially cleared and later redeemed after

Government's involuntary "Stop Payment Order", Corporate Check in the face amount of three ($350.00) (as attached) hundred and fifty dollars payable to the Clerk of the Court for the filing fee for a Civil Rights Complaint.

Falsely indicting, and convicting the *Amicus* Petitioner for uttering a forged security in violation of 18 USC, Section 513(a), and forcing *Amicus* Petitioner to post a Four Million ($4,000,000,00) Dollar Bond for unconstitutionally excessive and severely unconstitutional electronic monitored house arrest, and assigning the *Amicus* activist to the highest and most violent level ("Gladiatorial" rated) of federal imprisonment warrants or dictates recusal and indictment for Jia Michelle Cobb's criminal violation of *Amicus Curiae* Chapman's Constitutional and Civil Rights.

Precedent dictates recusal. As concealed by the Court, actual evidence of bias or personal and career interests may not be obvious. However, the probability of actual bias and retaliatory criminal misconduct, Constitutional and Civil Rights violations on the part of "team Obama, Biden, Wood and Cobb", illustrates in no uncertain terms that the extremely high probability of actual bias on the part of "Recusal Respondent", disqualified judge Jia Michelle Cobb is patently lucid.

Objectively speaking, the probability of actual bias on the part of Judge Cobb is too high to be constitutionally tolerable. See for example, Rippo v. Baker, SCOTUS, 16-6316, Decided March 6, 2017, 580 U.S. _____ 2017; and Bracy v. Gramley, 520 U.S. 899 (1997).

## CONCLUSION

A robust recusal standard is vital for unbiased decision – making in the United States Judiciary System. Failure to avoid this and related situations where her impartiality and personal connections and financial or career interest have been correctly and reasonably questioned Judicial disqualification of Jia Michelle Cobb is constitutionally essential.

**STATE OF ILLINOIS**    )
                    ) *SS*
**COUNTY OF DU PAGE**    )

## AFFIDAVIT AND VERIFICATION

Lamar C. Chapman, III, being first duly sworn and under Oath states that this Report and Complaint is true, correct, and complete. Any matters or allegations based on information and belief are verily believed to be true and correct. All exhibits represent a true, correct, unaltered copy of its original; and this Report and Complaint is made in good faith and for good cause, and is not intended to harass any party, or to increase their costs of litigation. *FURTHER VERIANT or AFFIANT SAYETH NAUGHT!*

Respectfully Submitted,

_____

LAMAR C. CHAPMAN, III, *Amicus Curiae*

**SUBSCRIBED AND SWORN TO BEFORE ME THIS 28th DAY OF AUGUST 2025**

> Official Seal
> VANESSA M CHAPMAN
> Notary Public, State of Illinois
> Commission No. 903941
> My Commission Expires November 17, 2027

**Signature of Notary Public**    **(S E A L *of* N O T A R Y)**

---

*WHEREFORE, AMICUS CURIAE PETITIONER,* Christophe' de la' Mar Chapman, III, Legist, Laureate, Juristician™, respectfully prays for constitutionally warranted relief in the form of a full, impartial, fair and just hearing on this matter and the immediate disqualification of "Recusal Respondent", disqualified and unconstituted, Alien appointed, nullified putative Judicial Officer Jia Michelle Cobb, and for criminal referral and such further law enforcement as required by the edicts of due process. *GOD BLESS THIS HONORABLE COURT. GOD BLESS THE UNITED STATES OF AMERICA!*

**DATED: August 28, 2025**

**Non-Attorney, *Amicus Curiae***
**ARTICLE II OFFICER, (Nixon)**
**United States of America, 1971**
**LAMAR C. CHAPMAN, III a/k/a**
**Christophe' de' la' Mar Chapman, III**
**AHO, ISBC, DOC, OLLA, Ph. ESD**
**"Prolific Litigator", Elon Scholar**
**Legist, Laureate - Juristician™**
***IN PROPRIA PERSONA, Pro Se***
**(*Circa* 1645) – Federal Discoverer**
**White House Bar Number:**
**WH# 103*****-43, FBI Issued**
**1314 Kensington Road**
**Post Office Box 5232**
**Oak Brook, Illinois 60523-5232**

---

*"Mr. Chapman is Smarter Than Smart!"*



*~Honorable Mimi Brim, Chief Judge*
*State of Illinois - Department of Treasury*
*March 1998*

---

# VETTED*

## *Curriculum Vitae*_____

"*In Summary*"

..........

Christophe' de la' Mar Chapman, III
AHO, ISBC, DOC, OLLA, Ph. ESD a/k/a
LAMAR C. CHAPMAN, III, Judicial Desegregationist
Legist Laureate, Juristician® – E'lon Scholar
"Prolific Litigator"[1] * "Ingenious"[2] * "Extremely Rare"[3]
Chairman, Chief Business Counsel, LaSalle Companies – Since 1978
Life-Tenured Officer of the United States of America
Article II, Section II, Clause I, "54 Years Indefinite Term of Service"
Appointed and Commissioned President Richard Milhous Nixon
United States Naval Academy Desegregation Team Leader - 1971
Involuntarily Licensed in Five States – Pennsylvania, #23830-016
Authorized Lecturer, United States Department of Justice;
U.S. Federal Discoverer 28 USC, Section 538(a)
"Prolific Whistleblower" Federal Lecturer, Department of Education;
Federal Lecturer United States Bureau of Prisons; Federal Lecturer
United States Department of Justice; United States Naval Academy –
USNA 1975, (June 31, 1971), [DD-214N] 54 Year Active Duty Veteran
Article II - President Nixon Appointed and Commissioned
Founder, CEO and Chairman Emeritus – Judicial Watch, Since 1989
President, Political Litigation (PAC) Committee – ID# HOVA0****
White House Bar and *Literati* Number: WH# 103****2-43

_____

*Presidential Appointment Vetting, Federal Bureau of Investigation Surveillance Profiler and found: "*It is extremely rare to find all of Mr. Chapman's qualities in a single individual*". Also looking for reasons to hold Mr. Chapman in indefinite federal custody, Mr. Chapman was unlawfully, and vengefully vetted and perpetual surveillance by an adversary "Obama Retaliatory Team" of Corrupt Executive Branch Employees from the U.S. Attorney's Office in Chicago, Illinois; the vengeful United States Postal Inspectors; the United States Department of the Treasury; the Obama, Chicago-based Secret Service; United States Defense Department; and Washington, DC Department of Justice.



****** 

**Ms. Pamela Bondi, Attorney General**
**Civil Rights Number 551728 – BNS**
**Mr. Kash Patel, Esq., Director - FBI**
**Mr. Adam S. Lee, Section Chief - FBI**

**February 12, 2025**
**Page X**

### Parallel and Obama Related Case

*"An Invalid Office Does Not Become Valid*
*Just Because Barack Obama Completed*
*Its Term and Sat There for Eight Years!"*

***

Paraphrased Supreme Court Opinion
September 29, 2011

Lamar C. Chapman, III

-vs-

"Born Alien" Negrito Indonesian National
Barry Soetoro, Fraudulently Known
as Barack Hussein Obama, II, *et., al*
SCOTUS 18-1035

(i)

◇◇◇◇◇

*"Mr. Chapman destroys his opponents' will to fight!*
*He wins because he has the lowest cost in the legal industry.*
*Mr. Chapman is the best sole practitioner to ever come before the federal court!"*

~ Honorable Jack B. Schmetterer
Chief Judge *Emeritus*
USDC/USBC, ND., IL., ED.
October 1989

Legacy.org

# REFERENCED EXHIBITS

In the
## United States Court of Appeals
For the Eleventh Circuit

No. 25-10454

LAMAR C. CHAPMAN, III,
Realtor,

Plaintiff-Appellant,

*versus*

FEDERAL ELECTION COMMISSION,
VICE PRESIDENT OF THE UNITED STATES OF AMERICA,
BIDEN - HARRIS PRESIDENT, INC.,
JOSEPH ROBINETTE BIDEN, JR.,
BARRY SOETORO,
Fraudulently Known as Barack Hussein Obama, II, et al.,

Defendants-Appellees.

APPEAL NUMBER: 25-10454-B

United States Court of Appeals

for the Eleventh Circuit

Atlanta, Georgia 30303

LAMAR C. CHAPMAN, III,

Appellant.

-v-

FEDERAL ELECTION COMMISSION;
BARACK HUSSEIN OBAMA, II, Legally
Known As BARRY SOETORO NEGRITO
INDONESIAN NATIONAL OF THE
REPUBLIC OF INDONESIA; JOSEPH
ROBINETTE BIDEN; KAMALA DEVI
HARRIS – EMHOFF, "BORN ALIEN"
BRITISH JAMAICAN NATIONAL;
ALLEN DICKERSON COMMISSIONER
OF THE FEDERAL ELECTION
COMMISSION, in his Official Capacity, and
any and all Campaigns and Committees in
their Official Capacities, et. al.

Appellees.

**DOCKET NUMBER:**

Appeal No. 25-10454
Trial No. 3:24-cv-01134-MMH-SJH

Honorable, Maria Morales - Howard
Chief U.S. District Judge

## CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT (CIP)

Under oath and in consideration of the penalty of perjury the unrepresented Appellant States that he received on March 13, 2025, the Civil Docketing Notice from the Clerk of the Court directing the Appellate to the enclosed Certificate of Interest Persons and Corporate Disclosure State (CIP) within fourteen (14) days of the date of this Notice.

The Appellant furth states under oath and in consideration of the penalty of perjury that:

Page 1 of 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, DC

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CHRISTOPHE' de la' MAR CHAPMAN, III,
AHO, DOC, ISBC, OLLA, Ph. ESD; a/k/a
LAMAR C. CHAPMAN, III,

*Plaintiff,*

-vs-

JAMES C. DUFF, Director of the Administrative
Office of the U.S. Courts *in his Official Capacity*;
JOHN D. BATES, Former Director, and Predecessor
Director of the Administrative Office of the U.S.
Courts *in his Official Capacity*; THOMAS F. HOGAN,
Director of the Administrative Office of the U.S.
Courts *in his Official Capacity*; Roslynn R. Mauskopf,
Director of the Administrative Office of the U.S. Courts
*in her Official Capacity*; ABNER JOSEPH MIKVA, *in
his Individual Capacity*; RICHARD ALLEN POSNER,
*in his Individual Capacity*; RUBEN CASTILLO, *in his
Individual Capacity*; KETANJI BROWN JACKSON,
*in her Individual Capacity*; DIANE P. WOOD, *in her
Individual Capacity*; JAMES F. HOLDERMAN, *in his
Individual Capacity*; CHARLES P. KOCORAS, *in his
Individual Capacity*; BRIAN BARNETT DUFF, *in his
Individual Capacity*; JAMES B. ZAGEL, *in his
Individual Capacity*; AMIT PRIYAVADAN METHA,
*in his Individual Capacity*; TREVOR N. Mc FADDEN,
*in his Individual Capacity*; BRITISH JAMAICAN
NATIONAL, TANYA SUE CHUTKAN, *in her
Individual Capacity*; GEORGE W. LINDBERG, *in his
Individual Capacity*; CHINESE NATIONAL JOHN
ZIHUN LEE, *in his Individual Capacity*; NEGRITO
INDONESIAN NATIONAL BARRY SOETORO,
Fraudulently Known As BARACK HUSSEIN OBAMA,
II, *in his Individual Capacity*; ELAINE E. BUCKLO, *in
her Individual Capacity*; ILANA KARA DIAMOND
ROVNER, *in her Individual Capacity*; MERRICK
GARLAND, *in his Individual Capacity*; COLLEEN
CONSTANCE KOLLAR -KOTELLY, *in her Individual
Capacity*; PADMANABHAN SRIKANTH
SRINIVASAN, *in his Individual Capacity*; and
UNKNOWN USDC, ND. IL, FD, EXECUTIVE
COMMITTEE MEMBERS, et., al.,

*Defendants.*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Page 1 of 2 Pages

DOCKET NUMBER:
1:25-cv-00368 (UNA)

Honorable Donald J. Trump, Sr.
President of the United States

\*\*\*\*\*\*\*\*\*\*

Honorable John G. Roberts, Jr.
Chief Justice - United States
Supreme Court

\*\*\*\*\*\*\*\*\*\*\*

Ms. Pamela J. Bondi, *Esq.*
U.S. Attorney General
United States of America

\*\*\*\*\*\*\*\*\*\*\*\*

Honorable Charles E. Grassley
President *Pro Tempore* – Senate
Chairman, Judiciary Committee

\*\*\*\*\*\*\*\*\*\*\*\*\*

Mr. Spencer Hallett, Esq.
CIRCUIT EXECUTIVE
DISTRICT OF COLUMBIA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Judicial Fraud and Misconduct
Alien Appointed and
Unconstituted Illegally
Appointed Federal Judges

DISQUALIFIED JUDGES PRESIDING:

Chief Judge James E. Boasberg

Cuban National Senior District
Judge Rudolph Contreras

Indian National, Alien, NAMED
DEFENDANT, Conflicted District
Judge Amit Priyavadan Metha

(Continued on Other Side)

### OFFICE OF THE CIRCUIT EXECUTIVE
### UNITED STATES CIRCUIT COURT
### FOR THE DISTRICT OF COLUMBIA

*IN RE:*

- **James Emanuel "Jeb" Boasberg;**

- **Alien Rudolph Contreras, Cuban National;**

- **Alien Amit Priyavadan Metha, Indian National;**

- **Alien Padmanabhan Srikanth, "Sri Srinivasan"**
  Undocumented Immigrant, and Illegal National
  of Chandigarth, India, Imposter American,

*Criminal Conspiracy to Commit Fraud on*
*the Federal Court; Criminal Civil Rights*
*and Constitutional Rights Violations by*
*Unconstituted Foreign Appointed, Illegitimate*
*Federal Judges, 18 USC, Sections 911; 18 USC,*
*Sections 240, 241, et., al.*          **Respondents.**

**DOCKET NUMBER:**

Honorable Donald J. Trump, Sr.
President of the United States

\*\*\*\*\*\*\*\*\*\*

Honorable John G. Roberts, Jr.
Chief Justice - United States
Supreme Court

\*\*\*\*\*\*\*\*\*\*\*

Ms. Pamala J. Bondi, *Esq.*
U.S. Attorney General
United States of America

\*\*\*\*\*\*\*\*\*\*\*\*

Honorable Charles E. Grassley
President *Pro Tempore* – Senate
Chairman, Judiciary Committee

\*\*\*\*\*\*\*\*\*\*\*\*\*

(Continued on Other Side)

### JUDICIAL CRIMINAL CONSPIRACY TO IMPEDE
### CIVIL RIGHTS, OBSTRUCT JUSTICE, AND TO
### COMMIT FRAUD ON THE FEDERAL COURTS

*A Multi-Agency Criminal Referral to Indict, Deport, and Imprison*

Petitioner, Legist, Laureate Juristician \*
Christophe' de la' Mar Chapman, III
LAMAR C. CHAPMAN, III, AHO, Ph. ESD
Alexander, Cavanaugh & Block, LLC
a LaSalle Company – Since 1978
1314 Kensington Road – POB 5232
Oak Brook, Illinois 60523-5232
Telephone Direct: (630) 207-8670
E-Mail: thelasallecompanies@gmail.com

**REFERRAL FOR**
**SPECIAL**
**PROSECUTOR**
**AND GRAND JURY**
**CRIMINAL**
**INDICTMENT!**

Number *18-8335*

## In The Supreme Court of The United States

LA'MAR C. CHAPMAN, III,

*Petitioner - Plaintiff,*

v.

**MICHAEL L. PENCE; ALIEN BARRY SOETORO; fraudulently known as BARACK
HUSSEIN OBAMA, II; JOSEPH R. BIDEN, JR., "Born Alien" KAMALA DEVI
HARRIS; KETANGI "ONYIKA" (Nee') BROWN JACKSON; SONIA SOTOMAYOR;
ELANA KAGAN; RICHARD DURBIN; ALIEN AMIT PRIYAVADAN METHA; ALIEN
SRI SRINIVASAN; MERRICK GARLAND; MELISSA BLALOCK, SCOTUS CASE
MANAGER; and JUDICIAL MISCONDUCT COMMITTEE MEMBERS FOR THE
DISTRICT OF COLUMBIA, *and each sitting member, in their individual capacity,***

*Respondents – Defendants.*

*ON APPLICATION FOR LEAVE TO FILE ORIGINAL ACTION*

◇

## MOTION OF PETITIONER LA'MAR C. CHAPMAN, III FOR LEAVE TO FILE AN ORIGINAL ACTION FOR FRAUD ON THE SUPREME COURT

LA'MAR C. CHAPMAN, III, PETITIONER, *Pro Se*
a/k/a Christophe' de la' Mar Chapman, III,
Legist, Laureate, Juristican®, AHO, ISBC, OLLA, ADOC, Ph. ESD
Commissioned Officer, U.S. CONST. Art. II, Sec. 2., Cl. 2
Desegregationist * Textualist * Sacredotalist
"Blacklisted" – Whistleblower and Litigant
*White House Bar and Literati Number:* WH# 10312012-43
1140 Old Mill Road, Suite 202-F
Hinsdale, Illinois 60521-2959
Telephone (630) 207-8670
thelasallecompanies@outlook.com

*Petitioner In Proprio Persona - Circa 1645*

SCOTT S. HARRIS, CLERK OF THE SUPREME COURT OF THE UNITED STATES

RECEIVED
DEC - 8 2022
OFFICE OF THE CLERK
SUPREME COURT U.S.



**WIKIPEDIA**
The Free Encyclopedia

# Jia M. Cobb

**Jia Michelle Cobb** (born 1980)[1] is an American attorney serving as a United States district judge of the United States District Court for the District of Columbia. She previously worked as a legal partner at Relman Colfax from 2012 to 2021.

## Early life and education

Cobb was born in Springfield, Ohio. After graduating from Mercy High School in Farmington Hills, Michigan,[2] she attended Northwestern University, graduating in 2002 with a Bachelor of Arts, *magna cum laude*. She then attended Harvard Law School, where she was a coordinating editor of the *Harvard Law Review*. She graduated in 2005 with a Juris Doctor, *cum laude*.[3]

## Career

Cobb began her career as a law clerk for Judge Diane Wood of the United States Court of Appeals for the Seventh Circuit from 2005 to 2006. Cobb was then a trial attorney for the District of Columbia Public Defender Service from 2006 to 2012. Cobb supervised incoming attorneys and was a member of the Forensic Practice Group.[4] Cobb also taught law at the Washington College of Law and Harvard Law School. She worked as a legal partner at Relman Colfax, a national plaintiff-side civil rights law firm from 2012 to



**Jia Cobb**

Judge of the **United States District Court for the District of Columbia**

**Incumbent**

**Assumed office**
November 12, 2021

| | |
|---|---|
| **Appointed by** | Joe Biden |
| **Preceded by** | Emmet G. Sullivan |

**Personal details**

| | |
|---|---|
| **Born** | 1980 (age 44–45) Springfield, Ohio, U.S. |
| **Education** | Northwestern University (BA) Harvard University (JD) |

2021.[5] Cobb previously served as an elected member of the District of Columbia Bar's Criminal Law and Individual Rights Section Steering Committee.[4]

### Federal judicial service

On June 15, 2021, President Joe Biden nominated Cobb to serve as a United States district judge of the United States District Court for the District of Columbia. She has been nominated to the seat vacated by Judge Emmet G. Sullivan, who assumed senior status on April 3, 2021.[6] Cobb was previously recommended for the position by House Delegate Eleanor Holmes Norton.[7] On July 14,

2021, a hearing on her nomination was held before the Senate Judiciary Committee.[8] On August 5, 2021, her nomination was reported out of committee a 13–9 vote.[9] On October 26, 2021, the United States Senate invoked cloture on her nomination by a 51–46 vote.[10] Her nomination was confirmed later that day by a 52–45 vote.[11] She received her judicial commission on November 12, 2021.[12]

# See also

- List of African-American federal judges
- List of African-American jurists

# References

1. "United States Senate Committee on the Judiciary: Questionnaire for Judicial Nominees: Gia Michelle Cobb" (https://www.judiciary.senate.gov/imo/media/doc/Cobb%20SJQ%20Public%20Fin al.pdf) (PDF).
2. "Judge Jia M. Cobb '98 United States District Court for the District of Columbia | Mercy High School" (https://www.mhsmi.org/headlines/21/12/10/judge-jia-m-cobb-98-united-states-district-cou rt-district-columbia). www.mhsmi.org. Retrieved 2022-09-23.
3. "President Biden Announces 4th Slate of Judicial Nominations" (https://bidenwhitehouse.archives. gov/briefing-room/statements-releases/2021/06/15/president-biden-announces-4th-slate-of-judicia l-nominations/). The White House. 2021-06-15. Retrieved 2021-06-15.
4. "District Judge Jia M. Cobb | District of Columbia | United States District Court" (https://www.dcd.u scourts.gov/content/district-judge-jia-m-cobb).
5. Hulse, Carl (2021-06-15). "A leading voting rights expert is among Biden's new round of judicial nominees" (https://www.nytimes.com/2021/06/15/us/politics/biden-judges.html). The New York Times. ISSN 0362-4331 (https://search.worldcat.org/issn/0362-4331). Retrieved 2021-06-15.
6. "Nominations Sent to the Senate" (https://bidenwhitehouse.archives.gov/briefing-room/statements -releases/2021/06/15/nominations-sent-to-the-senate-20/). The White House. June 15, 2021.
7. "Norton Recommends Jia Cobb for U.S. District Court for the District of Columbia" (https://norton.h ouse.gov/media-center/press-releases/norton-recommends-jia-cobb-for-us-district-court-for-the-di strict-of). Congresswoman Eleanor Holmes Norton. 2021-03-25. Retrieved 2021-06-15.
8. "Nominations | United States Senate Committee on the Judiciary" (https://www.judiciary.senate.go v/meetings/07/07/2021/nominations). www.judiciary.senate.gov. 14 July 2021.
9. "Results of Executive Business Meeting – August 5, 2021" (https://www.judiciary.senate.gov/imo/ media/doc/Results%20of%20Executive%20Business%20Meeting%20August%205,%202021.pdf) (PDF). Washington, D.C. August 5, 2021.
10. "On the Cloture Motion (Motion to Invoke Cloture: Jia M. Cobb to be U.S. District Judge for the District of Columbia)" (https://www.senate.gov/legislative/LIS/roll_call_votes/vote1171/vote_117_1 _00427.htm). United States Senate. October 26, 2021. Retrieved October 26, 2021.
11. "On the Nomination (Confirmation: Jia M. Cobb, of Virginia, to be U.S. District Judge for the District of Columbia)" (https://www.senate.gov/legislative/LIS/roll_call_votes/vote1171/vote_117_1 _00432.htm). United States Senate. October 26, 2021. Retrieved October 26, 2021.
12. Jia M. Cobb (https://www.fjc.gov/node/10929791) at the Biographical Directory of Federal Judges, a publication of the Federal Judicial Center.

# External links

- Jia M. Cobb (https://www.fjc.gov/node/10929791) at the *Biographical Directory of Federal Judges*, a publication of the Federal Judicial Center.

Retrieved from "https://en.wikipedia.org/w/index.php?title=Jia_M._Cobb&oldid=1308601223"

IN THE UNITED STATES OF AMERICA
UNITED STATES DEPARTMENT OF JUSTICE
WASHINGTON, DC

*****************************************

*In Re*:

**JAMES E. BOASEBERG,**
*Unconstituted, and Disqualified*
*Alien-Appointed, Putative, Invalid*
*Article III Judicial Officer Serving*
*in the United States District Court*
*for the District of Columbia,*

*Respondent.*

*****************************************

# PETITION TO INDICT JAMES E. BOASBERG

## RESPONDENT JAMES EMANUEL "JEB" BOASBERG FOR FRAUD ON THE COURT; OFFICIAL MISCONDUCT; FRAUD AGAINST THE UNITED STATES OF AMERICA; AND CRIMINAL VIOLATION OF LITIGANT'S CONSTITUTIONAL AND CIVIL RIGHTS

Petitioner, Legist, Laureate Juristician®
Christophe de la' Mar Chapman, III a/k/a
LAMAR C. CHAPMAN, III, AHO, Ph. ESD
Alexander, Cavanaugh & Block, LLC
a LaSalle Company – Since 1978
1314 Kensington Road
Post Office Box 5232
Oak Brook, Illinois 60522-5232
Telephone Direct: (630) 207-8670
E-Mail: thelasallecompanies@gmail.com

Honorable, Donald J. Trump, Sr., President United States of America

Honorable Pamela J. Bondi, Attorney General
United States of America

Lamar C. Chapman III is Chairman and Chief Executive Officer of Christopher LaSalle and Company, Incorporated and LaSalle Companies, Incorporated — business holding organizations concentrating in developing and trading unregistered partnerships and closely held enterprises. LaSalle Companies is a privately held firm. Through a network of independently operating companies, contractors and affiliates, LaSalle Companies operate in major and international markets offering business, corporate and professional services with annual revenues, earnings, sales and billing undisclosed.

Prior to joining LaSalle, Mr. Chapman held executive level positions with the consulting firm ADESCO, Federal Express Corporation, Greyhound/Dial Corporation, the Charles R. Walgreen Corporation, and the Ford Motor Corporation. He has traveled extensively throughout the Nation and internationally consulting on the application of marketing and concentrating in the area of privately held business ownership, structure and development. He has been named *Who's Who in U.S. Executives* for 1991, 1992, 1993, and 1994, and *Who's Who in Mid-West marketing* for the same period. After reviewing Mr. Chapman's business operation, an astonished response from Mr. Chapman's former employer is worth repeating; "*Who let that man quit? This man is smarter than anyone of you sitting here!*" - Quoting Fredrick W. Smith, Chairman and Founder — Federal Express Corporation. The Greyhound Corporation says about Mr. Chapman's tenure: "*Whatever he wants or you need to offer him to stay, give it to him!*" — Fred Donakowski, President Greyhound, Incorporated. George Paganis, Sr., Chairman and Chief Executive Officer of ADESCO made Mr. Chapman a multi-year, million dollar offer to continue in his capacity with ADESCO as a business consultant. Lamar C. Chapman III started from humble beginnings[1].

Mr. Chapman has studied at the University of Illinois, the University of Chicago and is an alumnus of the United States Naval Academy in Annapolis, Maryland, Class of 1975, as appointed by the late Richard Milhous Nixon - *Thirty-seventh President of the United States*. He has been divinely distinguished and ordained with sacerdotal doctorates in business; law; and systematic philosophy. He is a former undefeated U.S. Naval Featherweight Boxing Champion and Mrs. Dwight D. [Mamie] Eisenhower's 1972, and 1976, United States Olympic Boxing Team *designee*. Mr. Chapman is also a recipient of the United States Navy National Defense Medal; U.S. Navy Sharpshooter (*Rifle*); and Expert Pistol Awards. More than twenty (20) years after his Honorable Discharge from military service, in November 1995, Mr. Chapman was first eligible and invited for induction and membership into the prestigious United States Naval Institute.

As an author, Mr. Chapman has written and developed sales training and marketing courses such as *Basic Telemarketing Skills and Practical Selling Skills* for a national courier company. He has authored a number of published articles and self-published "*custom mini-books*" including anonymously crafted advertisement, speeches and documents for commercial application and for prominent business executives and leaders. As a "God-gifted Litigator," and victorious against the top two percent (*banks, insurance companies and the government*)[2] Mr. Chapman has written for every level of the State and Federal Judiciary including the Illinois and United States Supreme Courts; the United States Court of Federal Claims; and the United States Senate — Judiciary Subcommittee. As a Legal Facilitator,™ Bureaucratic Critic,™ plaintiff and author of numerous "*Public Interest Litigation*," and adversarial pursuits, Mr. Chapman's whistle blowing efforts and persistent highlighting of "*official misconduct*" in a downstate Illinois Courthouse was instrumental in the State overturning more than 250 criminal convictions and Honorable Governor George Ryan placing a Moratorium on the death penalty in the State of Illinois.

Although he has no aspiration to practice law or formal training in the practice of law, in April, 1991, as a Certified Legal Entrepreneur® Mr. Chapman was awarded the largest judgment ever awarded by the Circuit Court of Cook County, Illinois – First Municipal District, Honorable Angelo D. Mistretta, Judge Presiding. With more than two (2) decades of practical civil litigation experience under his belt, Mr. Chapman has more than eighty-three (83) legal opinions published in cases he has personally litigated. He has been victorious over some of the Nation's most prominent and prestigious law firms. John F. Grady, Senior U.S. District Judge writes: "*Mr. Chapman is a prolific litigator in this judicial district.*" Arlander Keys, Presiding Magistrate for the United States District Court says: "*Mr. Chapman's legal writing and strategy is simply brilliant.*" Chief District Judge Marvin E. Aspen writes: "*Mr. Chapman has cut a wide swath through the federal court system.*" The United States Court of Appeals for the Tenth Circuit seated in Denver, Colorado writes: "*Appellant is a sophisticated legal writer and we very seldom see this degree of legal sophistication at this level of the judiciary.*" In a landmark, unprecedented "*tortuous peregrination*", Mr. Chapman's "Crown of Life" and "persecution style" lobbying caused a Chief Federal Judge to abruptly offer his resignation (March 28, 2006,) to President George W. Bush with years left on the judicial administrator's appointed term in office. As noted in this foreordained "victory" Mr. Chapman has been and continues to be "*officially victimized*" and subjected to retaliatory and Godless judicial civil rights abuse resulting from the judge's involuntary and circumstantial "*family hardship*" resignation.

Martin C. Ashman, U.S. Magistrate Judge says: "*Mr. Chapman is doing nothing more than what the law allows.*" Samuel King, Chief U. S. District Judge, *Emeritus*, Honolulu, Hawaii at a civil pretrial conference held in September 1997, says: "*Mr. Chapman's legal ability is amazing.*" Brian Barnett Duff, U.S. Judge states from the Bench: "*Mr. Chapman is handsome, well-dressed, and articulate with a flair for words.*" Wayne R. Andersen, U.S. Judge states from the Bench: "*...Most lawyers don't want to be on the other side of Mr. Chapman's case.*" The Executive Committee of the U. S. District Court for the Northern District of Illinois, Eastern Division Chief Judge Charles P. Kocoras, presiding (September 2002,) places Mr. Chapman's legal pleadings under an "*in camera*" closed court, unconstitutionally heighten standard of scrutiny and preview. U.S. District Judge Joan B. Gottschall states from the Bench "*... it is apparent that Plaintiff* [Mr. Chapman] *is more knowledgeable on the Federal Rules of Civil Procedure than Counsel for his opponents.*" Jack B. Schmetterer, Federal Judge writes in a published opinion: "*Mr. Chapman destroys his opponents' will to fight. He wins based on having the lowest cost.*" Unlawfully "*Legislating from the Bench,*" Mr. Chapman received a retaliatory judicial appointment to the Federal Bureau of Prisons' "*Disciplinary Purpose*" Committee by Judge James B. Zagel. Honorable Mimi Brin, Chief Administrative Law Judge (Acting), Illinois Department of Revenue states: "*Mr. Chapman you are a smart man – smarter than smart.*" Mr. Alberto Gonzales, U.S. Attorney resigned twenty-eight months after Chapman's first complaint to U. S. Senate Judiciary Sub-Committee. Sr. Judge, George W. Lindberg, writes that "*Mr. Chapman is a highly sophisticated litigant.*" Chapman is also a 1995 involuntary Inductee into the "*Posner Project.*" Sr. Judge, Milton I. Shadur in September 1986, (Case Number 86 C 6001) after a lengthy civil hearing refused to pierce Chapman's Corporate Vail and that Court found "*Mr. Chapman to be Ingenious.*"

Mr. Chapman is a recipient of a Presidential (*Richard M. Nixon*) Appointment; a Congressional (*William L. Dawson*) Nomination; a Gubernatorial (*Richard B. Ogilvie*) Military Commission; and Judicial (*Honorable Francis Barth*) Appointment. Mr. Chapman is also a registered and authorized United States Department of the Treasury, Internal Revenue Service taxpayer advocate, representative and practitioner. He has been recognized by the City of Chicago and The Chicago Board of Education for his voluntary work in their drop-out prevention programs. He formerly served the People of Cook County as a Republican Judge of Elections as appointed by the presiding judge for the Circuit Court of Cook County, County Department – County Division. He serves as Founding and Executive Director of *Judicial Watch*, LAWYER, *PRO SE*, ™ and America's Academy for Prison Reform, not-for-profit civic organizations founded to serve humanity, educate, inform and assist the less fortunate. Mr. Chapman is also the recipient of the prestigious *Instrumentalist Magazine* Merit Award for his fundraising efforts and has been inducted into the "*Hinsdale Most Wanted*" – a prestigious charitable organization of wealthy Oak Brook/Hinsdale business leaders and philanthropist serving special needs children in DuPage County. He's recognized by schools and institutions of higher learning for his generous equipment donations. An experienced business analyst, consulting for and member of the board of directors for a broad range of closely or privately held and middle market companies in food service, marketing, advertising, legal, finance, career resources, transportation, security, distribution, manufacturing, fabrication, retailing, publishing and government sales. Lamar C. Chapman III, *Solo Fides* ™ is a Spirit-Filled Believer, Founder and Chief Fundraising Officer of Spiritually Yours ® - a not-for-profit and self-sustaining Ministry of LaSalle Companies.

In his divinely covenant "*Priestcraft*" Mr. Chapman answered our Creator's Call on his heart on July 11, 1991. As a passionate theologian and rabbi, he studies and teaches the Word of God daily as inspired by some of our Nation's most prolific Spiritual scholars offered by The Moody Bible Institute – WMBI Network. He regularly speaks to our youth on a *pro bono* basis on only one subject: "*Overcoming Peer Pressure, Gangsmanship, Drugs and Street Traps by Living the Victorious Spirit-Filled Life.*" He has sermoned from the Pulpits of the University of Chicago historic John D. Rockefeller Memorial Chapel and the University of Chicago Bond Chapel. Mr. Chapman has been married to his "*eighth-grade*" sweetheart – Vanessa Marie, for more than thirty-four (34) uninterrupted years, together, as decreed "*for better or for worse*" their blessings include two college educated adult daughters; two divinely appointed sons-in-law; three gifted granddaughters; a healthy, wisdom-filled eighty-two (82) year old Matriarch. GOD IS GOOD!

---

[1]*In October 1986, Mr. Chapman was included on the Dunn and Bradstreet "Certified Gold List" of the Top 2½ Percent of Elite Americans.* [2]*Quoting Honorable Joan Humphrey Lefkow, Judge, USDC, Northern District Illinois, Eastern Division.* [3]*(Swath means -"To accomplish much; hence make a fine impression"...Funk & Wagnall's New International Dictionary).*

*Please note that each and every altruistic accomplishment and inference of success as set forth herein has been forensically, unconstitutionally verified and confirmed by employees of the United States Department of Justice and the U.S. Postal Inspectors for any incriminating statements, fraudulent or indictable misrepresentations or any conduct supporting criminal charges for mail, postal fraud or justification for perpetual surveillance, and unwarranted personal, professional, business scrutiny or unsuccessful attempts at personal, professional and family intimidation. Be Forever Enlightened and Encouraged By the Almighty Word of God at Jeremiah 29:11-13 NIV- God's plans for you! Best Wishes for a Spiritually Productive Day! ™ ♦ All Rights Reserved January 6, 2009, - dv*

BP-A148.055
SEP 98

**INMATE REQUEST TO STAFF** CDFRM

U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| TO:(Name and Title of Staff Member) *Mr. Bruce Kirsch, Inmate Counselor* | DATE: *May 25, 2016 @ 8:26 Am* |
|---|---|
| FROM: *Mr. Lamar Christopher Chapman III, I.S.B.C.* | REGISTER NO.: *16900-404* *White House No. WH#1031.2012-43* |
| WORK ASSIGNMENT *Involuntary Food Service Associate* | UNIT: *E03-114L* |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request. *Re: Inspection Notice And Advisory - File Memorialization*

*Greetings Mr. Kirsch:*

*Please Be Respectfully Advised That The Undersigned Inmate or "Resident in Custody" Involuntarily Consumed Brown, Toxic Drinking Water And Shower Water From The Common Prison Unit Housing Area. All Previous Tort Notices And False Imprisonment Notices Apply.*

*Lamar Christopher Chapman, III*
*Life-Tenured, Executive Officer*
*Article II, Section 2 - U.S. Constitution*
*(Richard M. Nixon) - 47 Year Veteran*

*Official Service List*
CC: *Inmate Central File*      (Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|
| | |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

**FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER**          **SECTION 6**

clearinghouse.net/detailPerson.php?id=60139

Gmail  YouTube  Maps  Mail - Lamar Christ...

UNIVERSITY OF MICHIGAN LAW SCHOOL

# CIVIL RIGHTS LITIGATION CLEARINGHOUSE

HOME  ABOUT  FOR TEACHERS  SEARCH  QUESTIONS  RECENT ADDITIONS  feedback/ suggestions

## PERSON PROFILE

| | |
|---|---|
| Name | **Chapman, Lamar Christopher III** |
| City | Loretto |
| State | PA |
| Role(s) | Attorney |
| Gender | M |
| Case(s) | IM-CA-0085 : City and County of San Francisco v. Trump |
| | IM-HI-0004 : State of Hawaii v. Trump |
| | IM-WA-0029 : States of Washington & Minnesota v. Trump |

Type here to search



University of Michigan Law School

Civil Rights Litigation

Clearinghouse
HOME ABOUT FOR TEACHERS SEARCH QUESTIONS RECENT ADDITIONS

Person Profile

| | |
|---|---|
| Name | **Chapman, Lamar Christopher III** |
| City | Loretto |
| State | PA |
| Role(s) | Attorney |
| Gender | M |
| Case(s) | IM-CA-0085 : City and County of San Francisco v. Trump |
| | IM-HI-0004 : State of Hawaii v. Trump |
| | IM-WA-0029 : States of Washington & Minnesota v. Trump |

back
new people search

 **MICHIGAN LAW**
UNIVERSITY OF MICHIGAN

Contact
Privacy Policy



U.S. Department of Justice

Federal Bureau of Investigation

Washington, D. C. 20535-0001

WH #10312012-43                    DEC 0 4 2012

Mr. L. Christopher Chapman, III
Managing Director
Alexander, Cavanaugh & Block, LLC
1314 Kensington Road
Post Office Box 5232
Oak Brook, IL 60523-5232

Dear Mr. Chapman:

     I am writing in response to your September 14, 2012, letter addressed to FBI Director Robert S. Mueller, which was received by the White House. Your letter was forwarded to the Department of Justice and subsequently referred to the FBI. You wrote regarding alleged criminal interference with constitutional rights by a judicial officer.

     I have forwarded your correspondence to our Chicago Field Office to fully assess this matter. If you have any additional concerns, please contact the Chicago Field Office, located at 2111 West Roosevelt Road, Chicago, Illinois 60608, telephone number (312) 421-6700.

     I appreciate your bringing this matter to our attention, and I hope this information will be helpful to you.

Sincerely,

Adam S. Lee
Section Chief
Public Corruption/Civil Rights Section

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
### WASHINGTON, DC

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**LISA D. COOK,**

**Plaintiff,**

-vs-

**DONALD J. TRUMP,** *in his*
*official capacity as President*
*of the United States, et., al.*

**Defendants.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DOCKET NUMBER:**

**1-25-cv-02903-JMC**

**Honorable Jia Michelle Cobb,**

**U.S. District Judge Presiding**

**Disqualified, Conflicted, Self-Recusal**

**Required.**

\*\*\*\*\*\*\*\*\*\*\*\*

Angela D. Caesar, Clerk of Clerk
U.S. District Court, District of Columbia
SEP 15 2025
RECEIVED
Mailroom

## AFFIDAVIT SUPPORTED MOTION TO DISMISS
## WITH PREJUDICE FOR FRAUD ON THE COURT

*NOW AMICUS CURIAE COMES*, Lamar C. Chapman, III, Article II Officer of the

United Sates of America, (President Nixon) Legist, Laureate, Juristician ™, Non-Attorney, *In*

*Propria Persona* (*Pro Se*) *Circa* 1645, and pursuant to Federal Rules of Civil Procedure, Rule

12(b)(6), *et., seq.,* 18 USC, Sections 240, 241, *et., seq.,* very respectfully moves this

Honorable Court to dismiss the above-captioned Title VII, Administrative Procedure, Fair

Employment Act Claim with prejudice, and reserve the Court's jurisdiction to hear

Petitioner's Claim for Sanctions, and in support of this Motion, Under oath and in

consideration of the penalty of perjury, Petitioner States as Follows:

### PRELIMINARY STATEMENT

Once again, the most Honorable Donald John Trump, Sr., has not been adequately

represented by the Government, and by the Office of the Attorney General. This "Prolific

Litigator", Article II Officer of the United States of America, as appointed by the Late, Mr.

President Richard Milhous Nixon with 54 years of active duty [DD-214N] empirical

experience has been prompted by his perpetual Oath of Office to intercede on behalf of due process and to protect the Constitution of the United States against all enemies, both foreign and domestic. Protecting the Commander in Chief is a duty-bound requirement of *Amicus Curiae* Petitioner's sacred Oath of Office.

As argued and conceded in the Ninth Circuit District and Court of Appeals, President Trump has not been adequately represented by the Office of the Attorney General, specifically under defunct Attorney General Jefferson Bauregard Sessions. The Petitioned *Amicus Curiae* was named *Amicus Curiae* and "Counsel of Record" for the benefit of the Court, and for the administration of due process. See pending Affidavit supported Motion for Leave to Proceed *Amicus Curiae*, as made a part hereof by reference. See also, attached University of Michigan School of Law Civil Rights Registry, naming President Trump a Defendant in three "Muslim Travel Ban" resolved cases, as made a part hereof, and Exemplar attached as **Exhibit, A.**

## **BACKGROUND**

The word on the street in the legal community is patently clear! It specifically States that:

## **"THIS CASE HAS BEEN FIXED ALL THE WAY TO THE TOP!"**

This severely conflicted and disqualified court, as unconstitutionally seated, and unconstituted is being asked to conceal its Fraud on the Court and to decide without required subject matter jurisdiction a strictly exclusive issue authorized only by Title VII of the Civil Rights Act of 1964 and only heard under the Administrative Procedure Act. See, 42 U.S. Code § 2000e-16, and U.S. Equal Employment Opportunity Commission (EEOC), .

The fraudulently appointed, and unconstituted Defendant, Lisa Cook, has wrongfully attempted to sue the President of the United States, Honorable, Mr. Donald John Trump, Sr., for exercising his exclusive and absolute authority as President of the United

**Page 2 of 8 Pages**

States of America for his "routine workplace decisions" in removing the nullified Board of Governors Illegitimately sitting Defendant Lisa Cook from her illegally appointed, and invalid position of "Governor" of the Board of Governors of the Federal Reserve System.

First of all, this Court and its illegitimately assigned Biden appointed Judge Jia Michelle Cobb, are not constitutionally seated and authorized to decide this complex and conflicted criminal issue and must dismiss this case in its entirety for a litany of reasons well-grounded in law, fact, and equity.

Even if this simple "employment issue" could be litigated in the federal system of Jurisprudence, it could not to be litigated before this Court, and before this severely conflicted, disqualified, and unconstituted judge. It must first come under the exclusive umbrella of the regulations of the EEOC, under its "Sister Agency" Administrative Procedure Act,

The APA has exclusive authority under strict provisions of Equal Employment Opportunity Commission allowing people to sue a federal agency for an injunction or a declaratory judgment as incorrectly and untimely pursued herein.

Accordingly, it is in the best interest of all parties, and the People of the United States of America, to do justice and to refer this criminal matter to the Federal Bureau of Investigation, Public Corruption Civil Rights Unit Chief, Deputy Director, Mr. Sam S. Adams.

As indicated by the attached FBI intake letter, Deputy Director Adam's Office is currently investigating criminally concealed Judicial Fraud on the Court, Judicial Conspiracy to violate Litigants' Civil Rights, and Conspiracy to Impede Due Process, particularly in Seventh Circuit and district court, and the District of Columbia Circuit Courts, and district courts, with unconstituted, Alien-Appointed federal judges, illegally sitting at the behest of the unconstitutional administrations of "Born Alien" (8 U.S.C. § 1101), Negrito Indonesian National Barry Soetoro, fraudulently known as Barack Hussein Obama, II, and his illegitimate vice president, and co-conspirator, unconstituted, and

invalid President Joseph Robinette Biden, Jr.

This case is directly related to a material, and inseparable part of an active and ongoing case pending before the United States Court of Appeals for the Fourth Circuit, in Atlanta, Georgia, captioned as deciding whether or not the Federal Election Commission (FEC) was criminally negligent and fraudulent in its criminal coverup and criminal negligence.

This Fourth Circuit Court of Appeals FEC False Claims Act case seeking the Nullification of Obama's fraudulent presidency has been wrongfully dismissed and Reinstated on administrative deficiency grounds more than four times. The criminally Irregular, and suspicious procedures have caused the Commissioner of the Federal Election Commission to step down and has come under the scrutiny of a Federal Grand Jury.

Deciding the legitimacy of President Obama's lack of "Eligibility" for Federal Office and the Presidency Natural Born Citizenship Clause compliancy and whether Obama, Biden, Harris fictitious elections are a nullity or not has the legal affect [not effect] of nullifying all offices and nominations, and appointments including this conflicted judge, this conflicted case, and Defendant Lisa Cook's knowingly fraudulent claim for unlawful employment.

The Federal Election Commission (FEC) criminally conspired to obstruct justice and to knowingly and intentionally allow the three nullified administrations of "Obama I", "Obama II", and nullified presidency of Biden – Harris, and their nullified Judicial Branch and Executive Branch, unconstituted nominations and appointments to comport with the mandate of the Constitutional requirements of due process of law.

## **STANDARDS FOR GRANTING RULE 12 (B)(6) MOTION TO DISMISS**

The United States Equal Employment Opportunity Commission (EEOC) is the federal agency responsible for enforcing Title VII and investigating complaints of

**Page 4 of 8 Pages**

employment discrimination. The EEOC was created by the Civil Rights Act of 1964 and investigates claims, attempts to resolve issues, and take cases to court if the issues are not resolved Discrimination in the firing, and other employment-related decisions is unlawful. The law applies to almost every aspect of the employment relationship. Title VII is enforced by issuing rules and regulations and evaluating compliance. And the EEOC resolves issues through investigation, mediation, and the issuance of a Notice of Right to sue. If resolution is not reached, the EEOC or the affected individual can take the case to court. Although disparate treatment, which is intentional discrimination based on a protected characteristic, and disparate impact, which results from a neutral policy that disproportionately harms a protected group and is not necessary for the business.

However, Defendant Lisa Cook has failed to exhaust her administrative remedies and has never made any attempt whatsoever to exhaust her administrative remedies. Her negligence is fatal and has cost her the case, at bar.

Exhausting administrative remedies is a mandatory procedural agency process and prerequisite to litigation that must be complied with before a party can file a lawsuit against their employer or the government in federal court." Quote is verbatim. See, the Supreme Court's 2019 decision in *Fort Bend County v. Davis*, 587 U.S. 541, where the legal landscape surrounding this "claim - processing rule" is mandatory. Failure to exhaust is grounds for a lawsuit's dismissal if the government raises the defense. Although it is not always a jurisdictional bar when failure to exhaust is not applicable, this critical step as evaded by Defendant Lisa Cook disposes of claims under Title VII, in conjunction with Title V, of the Administrative Procedure Act.

The Supreme Court under the late Justice Honorable, Madam Ruth Bader Ginsberg, writes in the Opinion of the Supreme Court that Defendant Lisa Cook's failure to exhaust is a "prudential prerequisite to suit". See, *Fort Bend County v. Davis 587 U.S. 54*.

*WHEREFORE, AMICUS CURIAE* PETITIONER, LAMAR C. CHAPMAN, III, Legist,

Laureate Juristician™ for the reasons advanced in *Amicus Curiae* Brief for Leave to Proceed as *Amicus Curiae*, Motion to Disqualify, and Motion to Dismiss, very respectfully prays for dismissal with prejudice, and denial of any injunctive relief, and for such further relief that is morally and constitutionally warranted. GOD BLESS THIS HONORABLE COURT. GOD BLESS THE UNITED STATES OF AMERICA.

Respectfully submitted,

Christophe' de'a' Mar Chapman, III, AHO, ISBC, DOC, OLLA, Ph. ESD, Legist, Laureate - Juristician™ a/k/a LAMAR C. CHAPMAN, III, *AMICUS CURIAE* "Prolific Litigator" * "Ingenious" * "Extremely Rare" White House Bar and *Literati* Number: WH# 103-12012-43 (FBI Director Mueller Issued)

**DATED: August 28, 2025**

NON-ATTORNEY, *AMICUS CURIAE* LAMAR C. CHAPMAN, III, *PRO SE*

ALEXANDER, CAVANAUGH **&** BLOCK, LLC A LaSalle Company – Since 1978 *Business Counsel for the Business of Life®* 1314 Kensington Road – Post Office Box 5232 Oak Brook, Illinois 60523-5232 Telephone Direct: (630) 207-8670 E-Mail: thelasallecompanies@gmail.com

## 𝔍𝔲𝔡𝔦𝔠𝔦𝔞𝔩 𝔄𝔡𝔳𝔦𝔰𝔬𝔯𝔶

"*Mr. Chapman destroys his opponents' will to fight! He wins because he has the lowest costs in the legal industry. Mr. Chapman is the best sole practitioner to ever come before the federal courts.*"

~ Late Honorable, Jack B. Schmetterer Chief Judge *Emeritus – Federal Court* United States District Court, USBC, ND, IL, ED – March 15, 2000

**Page 6 of 8 Pages**

**STATE OF ILLINOIS** )
                         ) *SS*
**COUNTY OF DU PAGE** )

## AFFIDAVIT AND VERIFICATION

      Lamar C. Chapman, III, being first duly sworn and under Oath states that this *Amicus Curiae* Verified Motion to Dismiss for Failure to Exhaust and State a Claim for Which Relief Can Be Granted and for Want of Jurisdiction is true, correct, and complete. Any matters or allegations based on information and belief are verily believed to be true and correct. All exhibits represent a true, correct, unaltered copy of its original; and this Report and Complaint is made in good faith and for good cause, and is not intended to harass any party, or to increase its costs of litigation. *FURTHER VERIANT or AFFIANT SAYETH NAUGHT!*

*Respectfully Submitted,*

_____
LAMAR C. CHAPMAN, III, *Amicus Curiae*

**SUBSCRIBED AND SWORN**
**TO BEFORE ME THIS 28th**
**DAY OF AUGUST 2025**

> Official Seal
> VANESSA M CHAPMAN
> Notary Public, State of Illinois
> Commission No. 903941
> My Commission Expires November 17, 2027

**(S E A L** *of* **N O T A R Y)**

*Signature of Notary Public*

**DATED: August 28, 2025**

Non-Attorney, *Amicus Curiae*
**ARTICLE II OFFICER, (Nixon)**
**United States of America, 1971**
**LAMAR C. CHAPMAN, III a/k/a**
**Christophe' de' la' Mar Chapman, III**
**AHO, ISBC, DOC, OLLA, Ph. ESD**
**ALEXANDER, CAVANAUGH & BLOCK, LLC**
**a Division of Christopher LaSalle and Company, Inc.**
**"Prolific Litigator", Elon Scholar**
**Legist, Laureate - Juristician™**
*IN PROPRIA PERSONA, Pro Se*
**(*Circa* 1645) – Federal Discoverer \***
**Federal Lecturer \* Department of Justice**
**\* Department of Education \***
**\* United States Bureau of Prisons**
**Intelligence (IQ) Quotient Classified**
**and Under Seal for Eight (8) Administrations**
**White House Bar and *Literati* Number:**
**WH# 103\*\*\*\*\*-43, FBI Issued**
**"*Extremely Rare*!" - FBI Surveillance Profiler**
**1314 Kensington Road**
**Post Office Box 5232**
**Oak Brook, Illinois 60523-5232**
**Telephone Direct: (630) 207-8670**
**E-Mail: thelasallecompanies@gmail.com**

> *"Business Counsel for the Business of Life*! ®"*
> a *LaSalle* Company ~ Since 1978

---

*"Mr. Chapman is Smarter Than Smart!"*



*~Honorable Mimi Brim, Chief Judge*
*State of Illinois - Department of Treasury*
*March 1998*

---

# REFERENCED EXHIBITS



**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, D. C. 20535-0001

WH #10312012-43

DEC 0 4 2012

Mr. L. Christopher Chapman, III
Managing Director
Alexander, Cavanaugh & Block, LLC
1314 Kensington Road
Post Office Box 5232
Oak Brook, IL 60523-5232

Dear Mr. Chapman:

    I am writing in response to your September 14, 2012, letter addressed to FBI Director Robert S. Mueller, which was received by the White House. Your letter was forwarded to the Department of Justice and subsequently referred to the FBI. You wrote regarding alleged criminal interference with constitutional rights by a judicial officer.

    I have forwarded your correspondence to our Chicago Field Office to fully assess this matter. If you have any additional concerns, please contact the Chicago Field Office, located at 2111 West Roosevelt Road, Chicago, Illinois 60608, telephone number (312) 421-6700.

    I appreciate your bringing this matter to our attention, and I hope this information will be helpful to you.

Sincerely,

Adam S. Lee
Section Chief
Public Corruption/Civil Rights Section

STATE OF ILLINOIS      )
                       ) SS
COUNTY OF DU PAGE )

## AFFIDAVIT OF JUDICIAL FRAUD ON THE COURT
## JUDICIAL MISCONDUCT AND BREACH OF OATH OF OFFICE
## EXTRAJUDICIAL BIAS AND DISQUALIFICATION AND
## BREACH OF CANNON CODE OF CONDUCT

*NOW COMES AFFIANT* LAMAR C. CHAPMAN, III, Non-Attorney, Non-Lawyer, *PRO SE*.
Affiant is an Article II, Section II, Clause 2, Officer of the United States of America as appointed
by President Richard Milhous Nixon, Thirty-Seventh President of the United States of America.
The Department of Defense Authenticated Records (DD-214N) substantiated that Affiant has
more than 53 years of "INDEFINITE TERM OF SERVICE" serving the People of the United States
of America. Affiant is qualified to make this Affidavit in light of the fact Affiant has more than
45 years of empirical, practical, and "Sacradotal" experience before the State, County, Federal,
Appellate, Municipal, and Supreme Courts.

1.      Affiant has been found to be *the best sole practitioner to ever come before the*
*Federal Court.* ~ Late Honorable Jack B. Schmetterer, USDC, USBC, ND, IL, ED, March 15, 2000.

2.      Affiant has been found to be a "*Prolific Litigator*" in the Federal Court! ~ Late
Honorable John F. Grady, Chief Judge USDC, ND, IL, ED, April 1, 1991.

3.      Affiant has been found to litigate, at large at the "top two percent where banks
Government and insurance companies win 98 percent of their cases." Senior Federal District
Court Judge Joan Humphrey Lefkow, USDC, ND, IL, Ed at Law School Commencement Speech –
May, 2006.

4.      Affiant has been found to be "*Smarter than Smart*" by Chief Administrative Law
Judge, Honorable Mimi Brim, Illinois Department of Revenue, February 2004.

5.      Affiant, "borked" Chief USCA-Seventh Circuit, defunct Judge Richard A. Posner to
lose his sole nomination to the Supreme Court of the United States, on desegregation grounds
leaving room for Honorable, Mr. Clarence Thomas, to replace the late Honorable, Associate
Justice, Mr. Thurgood Marshall, the first African American Justice to sit on the Supreme Court of
United States.

6.  As a State, County, and Federal Court empirical Activist, with documented, and substantial, historic results, the judicially resented, persecuted, ridiculed, Affiant scurrilously, unintentionally and in mean-spirited, criminal retaliatory judicial victimization earned the racially offensive Moniker: "*The N\*\*ger Who Forgot His Place!*"

7.  For more than thirty-five uninterrupted (35) years of adverse, pro-active, institutionalized and protracted whistleblower class *quasi–Civil* Rights litigation, Affiant and his family has sacrificed their Civil and Constitutional Rights so that unknown others could enjoy their promised Constitutional and Civil Rights.

8.  Affiant has never intended to spend his life engaged in the empirical practice of "Political Litigation". Disgruntle members of the Judicial, Executive, and Legislative Branches of Government, "im-permissively" engaging in judicial defamation have unduly punished Affiant for "doing nothing more than the law allows." ~ Quoting Former Chief Federal Magistrate Judge Morton J. Denlow, ND, IL, ED.

9.  Late former Chief Judge Milton I. Shadur found Affiant to be "Ingenuous, and refused to pierce his corporate vail." - 86-cv-6001, USDC, ND, IL, ED

10.  Affiant has been falsely imprisoned three times, in extremely violent "gladiatorial" Federal Prisons, where he survived four, failed in prison assassination attempts.

11.  The United States Department of Justice, rival Assistant United States Attorney, Stephen Paul Baker, stated in open court in 2004, United States vs. Lamar Chapman, III, 04-CR-0370, Late James B. Zagel, presiding, that *"Chapman bills his clients at a rate of $42.50, per minute."*

12.  As a supplement to inadequate Attorney General Jefferson Beauregard Sessions Affiant Chapman has been appointed *Amicus Curiae* by the Federal Court USCA- 9th Circuit on three separate occasions. See Attached Constitutional Civil Rights Registry for the University of Michigan School of Law.

**THIS AFFIDAVIT OF JUDICIAL EXTRAJUDICIAL MISCONDUCT; JUDICIAL FRAUD ON THE COURT; BREACH OF OATH OF OFFICE; BIAS AND DISQUALIFICATION IS FULLY SET FORTH IN EXHIBIT A, ATTACHED HERETO AND MADE A PERMANENT PART HEREOF.**

**SUBSCRIBED AND SWORN TO BEFORE
ME THIS 17TH DAY OF OCTOBER, 2023,**

*Signature of Licensed Notary Public*

VANESSA M CHAPMAN
Official Seal
Notary Public - State of Illinois
My Commission Expires Nov 5, 2023

**(S E A L *of* N O T A R Y)**

*Very truly yours,*

Christophe' de la Mar Chapman, III, a/k/a
LAMAR C. CHAPMAN, III, AHO, ISBC, ADOC, OLLA, Ph. ESD
Alexander, Cavanaugh & Block, LLC – World Class Lobbyist®
LaSalle and Company, Inc., Founder, Chairman *Emeritus*
"Prolific Litigator"[1] • "Ingenious"[2] • "Extremely Rare!"[3]
LEGIST, LAUREATE, JURISTICIAN™ - WH# 10312012 – 43
POLITICAL WHISTLEBLOWER <> "BORN ALIEN", ILLEGAL IMMIGRANT
BARACK H. OBAMA'S "STRONGHOLD POLITICAL PRISONER"

### JUDICIAL ADVISORY – PRONOUNCEMENT

*"Mr. Chapman destroys his opponents' will to fight!
He wins by having the lowest costs in the legal industry.
He is the best sole practitioner to ever come before the federal court!"*

~ The Late Honorable Jack B. Schmetterer (December 7, 2021)
Federal Judge (Longest Sitting) USBC
Northern District of Illinois, Eastern
Division
March 15, 2000
(Parallel 35 Years Careers, and Judicial Observation,
Offered for its Persuasive Value)



### FOOTNOTES

1.       *"It is Extremely Rare to Find All of Mr. Chapman's Qualities in a Single Individual!"* – FBI Surveillance Profiler

2.       *"This Court Finds Mr. Chapman To Be Ingenious!"  Mr. Dardick and Mr. Denlow, Your Petition to Pierce Mr. Chapman's Corporate Veil is Accordingly DENIED* – Heller International, Inc., vs. Christopher LaSalle & Company, Inc., 86 -CV- 6001 – Honorable Milton I. Shadur, Chief and Senior District Judge Presiding

3.       *"Mr. Chapman is well known in this Judicial District as a Prolific Litigator!"* – Late, Honorable John F. Grady, Senior U.S. District Judge, Northern District of Illinois, Eastern Division – Chapman vs. Ontra, Inc., 91-CV-016.

APPEAL NUMBER: 25-10454-B

United States Court of Appeals

for the Eleventh Circuit

Atlanta, Georgia 30303

LAMAR C. CHAPMAN, III,

*Appellant,*

-vs-

FEDERAL ELECTION COMMISSION;
BARACK HUSSEIN OBAMA, II, Legally
Known As BARRY SOETORO NEGRITO
INDONESIAN NATIONAL OF THE
REPUBLIC OF INDONESIA; JOSEPH
ROBINETTE BIDEN; KAMALA DEVI
HARRIS – EMHOFF, "BORN ALIEN"
BRITISH JAMAICAN NATIONAL;
ALLEN DICKERSON COMMISSIONER
OF THE FEDERAL ELECTION
COMMISSION, in his Official Capacity, and
any and all Campaigns and Committees in
their Official Capacities, *et. al.*

*Appellees.*

**DOCKET NUMBER:**

Appeal No. 25-10454
Trial No. 3:24-cv-01134-MMH-SJH

◇◇◇

Honorable, Maria Morales – Howard
Chief U.S. District Judge

◇◇◇

## CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT (CIP)

Under oath and in consideration of the penalty of perjury the unrepresented Appellant
that he received on March 13, 2025, the Civil Docketing Notice from the Clerk of the
ecting the Appellate to the enclosed Certificate of Interest Persons and Corporate
e State (CIP) within fourteen (14) days of the date of this Notice.

Appellant furth states under oath and in consideration of the penalty of perjury that:

Page 1 of 2

Case 1:02-cv-02027    UNPUBLISHED ORDER 2003    Page 1 of 5
Not to be cited per Circuit Rule 53

Docket

# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

Submitted November 4, 2003
Decided November 12, 2003

Before

Hon. WILLIAM J. BAUER, *Circuit Judge*

Hon. JOHN L. COFFEY, *Circuit Judge*

Hon. MICHAEL S. KANNE, *Circuit Judge*

F I L E D

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOV 1 ( 2003

No. 03-1764

LAMAR CHAPMAN, III,
Plaintiff-Appellant,

Appeal from the United States
District Court for the Northern
District of Illinois, Eastern Division

MARK STRICKER, et al.,
Defendants-Appellees.

No. 02 C 2287

William J. Hibbler,
*Judge.*

## ORDER

...pman III filed suit under 42 U.S.C. § 1983 alleging that several
...e village of Matteson, Illinois, violated his constitutional rights by
...m distributing a political flyer. Chapman initially received a
...wo defendants who had not been properly served, but the district
...t aside and eventually dismissed the complaint in its entirety for
...s claim. We vacate the dismissal and remand.

...ssume for purposes of our review that the following facts as alleged in
...complaint are true. In April 2001 Mark Stricker was running for
...the Matteson Board of Trustees. Chapman was opposed to Stricker's

After an examination of the briefs and the record, we have concluded that oral
argument is unnecessary. Thus, the appeal is submitted on the briefs and the record.
*See* Fed. R. App. P. 34(a)(2).

*Invoice paid*
*11/30/07*
*Rcpt #103-*
*42303*

| | |
|---|---|
| $350.00 | Sequence Number: 8920157963 |
| nt: 7232208756 | Capture Date: 10/31/2007 |
| Number: 07192390 | Check Number: 46271 |

THIS DOCUMENT HAS A GRADUATED BACKGROUND, DARK TO LIGHT. THE REVERSE SIDE INCLUDES AN ARTIFICIAL WATERMARK.

**International Research Foundation, BT**
1445 Lakeside Drive
Waukegan, IL 60085

Fifth Third Bank
Chicago, IL

48271

630-831-1936

1034 2057

70-2360 (719)

Date June 7, 2007

Pay to the
Order of  THE CLERK OF THE UNITED STATES DISTRICT COURT          $ 350.00******

THREE HUNDRED, FIFTY DOLLARS AND 00/100****************************************** Dollars

Chapman vs. Village of Franklin Park, Illinois

Memo

⑈046271⑈  ⑆071923909⑆  7232208756⑈  ⑉0000035000⑈

⑈046271⑈  ⑆071923909⑆  7232208756⑈  ⑉0000035000⑈

Check No. 46271
354.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4624

"You Must Have Really Pissed Some Important Lawyer or
Judge Off If They Have Me Out Here Chasing Down A Fully
Redeemed $350.00 Check Made Payable to the Clerk of
The Court!"

Case Agent
Aaron L Glass
Christopher Kewell, IV
United States Secret Service

Chapman

BP-A148.055
SEP 98

**INMATE REQUEST TO STAFF** CDFRM

U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) Mr. Bruce Kirsch, Inmate Counselor | DATE: May 25, 2016 @ 8:26 Am |
|---|---|
| FROM: Mr. Lamar Christopher Chapman, III, I.S.B.C. | REGISTER NO.: 16900-424 White House No. WH#1031012-43 |
| WORK ASSIGNMENT: Involuntary Food Service Associate | UNIT: E08-114L |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request. RE: Inspection Notice And Advisory - File Memorialization

Greetings Mr. Kirsch:

Please Be Respectfully Advised That The Undersigned Inmate or "Resident in Custody" Involuntarily Consumed Brown, Toxic Drinking Water And Shower Water From The Common Prison Unit Housing Area. All Previous Tort Notices And False Imprisonment Notices Apply.

Lamar Christopher Chapman, III
Life-Tenured, Executive Officer
(Do not write below this Article II, Section 2 - U.S. Constitution
(Richard M. Nixon) - 47 Year Veteran

Official Service List
CC: Inmate Central File

DISPOSITION:

| Signature Staff Member | Date |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER    **SECTION 6**



WIKIPEDIA
The Free Encyclopedia

# Jia M. Cobb

**Jia Michelle Cobb** (born 1980)[1] is an American attorney serving as a United States district judge of the United States District Court for the District of Columbia. She previously worked as a legal partner at Relman Colfax from 2012 to 2021.

## Early life and education

Cobb was born in Springfield, Ohio. After graduating from Mercy High School in Farmington Hills, Michigan,[2] she attended Northwestern University, graduating in 2002 with a Bachelor of Arts, *magna cum laude*. She then attended Harvard Law School, where she was a coordinating editor of the *Harvard Law Review*. She graduated in 2005 with a Juris Doctor, *cum laude*.[3]

## Career

Cobb began her career as a law clerk for Judge Diane Wood of the United States Court of Appeals for the Seventh Circuit from 2005 to 2006. Cobb was then a trial attorney for the District of Columbia Public Defender Service from 2006 to 2012. Cobb supervised incoming attorneys and was a member of the Forensic Practice Group.[4] Cobb also taught law at the Washington College of Law and Harvard Law School. She worked as a legal partner at Relman Colfax, a national plaintiff-side civil rights law firm from 2012 to

|  | Jia Cobb |
| --- | --- |
| | **Judge of the United States District Court for the District of Columbia** |
| | **Incumbent** |
| | **Assumed office** |
| | November 12, 2021 |
| **Appointed by** | Joe Biden |
| **Preceded by** | Emmet G. Sullivan |
| | **Personal details** |
| **Born** | 1980 (age 44–45) Springfield, Ohio, U.S. |
| **Education** | Northwestern University (BA) Harvard University (JD) |

2021.[5] Cobb previously served as an elected member of the District of Columbia Bar's Criminal Law and Individual Rights Section Steering Committee.[4]

### Federal judicial service

On June 15, 2021, President Joe Biden nominated Cobb to serve as a United States district judge of the United States District Court for the District of Columbia. She has been nominated to the seat vacated by Judge Emmet G. Sullivan, who assumed senior status on April 3, 2021.[6] Cobb was previously recommended for the position by House Delegate Eleanor Holmes Norton.[7] On July 14,

2021, a hearing on her nomination was held before the Senate Judiciary Committee.[8] On August 5, 2021, her nomination was reported out of committee a 13–9 vote.[9] On October 26, 2021, the United States Senate invoked cloture on her nomination by a 51–46 vote.[10] Her nomination was confirmed later that day by a 52–45 vote.[11] She received her judicial commission on November 12, 2021.[12]

# See also

- List of African-American federal judges
- List of African-American jurists

# References

1. "United States Senate Committee on the Judiciary: Questionnaire for Judicial Nominees: Gia Michelle Cobb" (https://www.judiciary.senate.gov/imo/media/doc/Cobb%20SJQ%20Public%20Fin al.pdf) (PDF).
2. "Judge Jia M. Cobb '98 United States District Court for the District of Columbia | Mercy High School" (https://www.mhsmi.org/headlines/21/12/10/judge-jia-m-cobb-98-united-states-district-cou rt-district-columbia). *www.mhsmi.org*. Retrieved 2022-09-23.
3. "President Biden Announces 4th Slate of Judicial Nominations" (https://bidenwhitehouse.archives. gov/briefing-room/statements-releases/2021/06/15/president-biden-announces-4th-slate-of-judicia l-nominations/). *The White House*. 2021-06-15. Retrieved 2021-06-15.
4. "District Judge Jia M. Cobb | District of Columbia | United States District Court" (https://www.dcd.u scourts.gov/content/district-judge-jia-m-cobb).
5. Hulse, Carl (2021-06-15). "A leading voting rights expert is among Biden's new round of judicial nominees" (https://www.nytimes.com/2021/06/15/us/politics/biden-judges.html). *The New York Times*. ISSN 0362-4331 (https://search.worldcat.org/issn/0362-4331). Retrieved 2021-06-15.
6. "Nominations Sent to the Senate" (https://bidenwhitehouse.archives.gov/briefing-room/statements -releases/2021/06/15/nominations-sent-to-the-senate-20/). *The White House*. June 15, 2021.
7. "Norton Recommends Jia Cobb for U.S. District Court for the District of Columbia" (https://norton.h ouse.gov/media-center/press-releases/norton-recommends-jia-cobb-for-us-district-court-for-the-di strict-of). *Congresswoman Eleanor Holmes Norton*. 2021-03-25. Retrieved 2021-06-15.
8. "Nominations | United States Senate Committee on the Judiciary" (https://www.judiciary.senate.go v/meetings/07/07/2021/nominations). *www.judiciary.senate.gov*. 14 July 2021.
9. "Results of Executive Business Meeting – August 5, 2021" (https://www.judiciary.senate.gov/imo/ media/doc/Results%20of%20Executive%20Business%20Meeting%20August%205,%202021.pdf) (PDF). Washington, D.C. August 5, 2021.
10. "On the Cloture Motion (Motion to Invoke Cloture: Jia M. Cobb to be U.S. District Judge for the District of Columbia)" (https://www.senate.gov/legislative/LIS/roll_call_votes/vote1171/vote_117_1 _00427.htm). *United States Senate*. October 26, 2021. Retrieved October 26, 2021.
11. "On the Nomination (Confirmation: Jia M. Cobb, of Virginia, to be U.S. District Judge for the District of Columbia)" (https://www.senate.gov/legislative/LIS/roll_call_votes/vote1171/vote_117_1 _00432.htm). *United States Senate*. October 26, 2021. Retrieved October 26, 2021.
12. Jia M. Cobb (https://www.fjc.gov/node/10929791) at the *Biographical Directory of Federal Judges*, a publication of the Federal Judicial Center.

Case 1:25-cv-02903-JMC   Document 32-1   Filed 09/15/25   Page 56 of 58

# External links

- Jia M. Cobb (https://www.fjc.gov/node/10929791) at the *Biographical Directory of Federal Judges*, a publication of the Federal Judicial Center.

Retrieved from "https://en.wikipedia.org/w/index.php?title=Jia_M._Cobb&oldid=1308601223"

Martin C. Ashman, U.S. Magistrate Judge says: "*Mr. Chapman is doing nothing more than what the law allows.*" Samuel King, Chief U. S. District Judge, *Emeritus*, Honolulu, Hawaii at a civil pretrial conference held in September 1997, says: "*Mr. Chapman's legal ability is amazing.*" Brian Barnett Duff, U.S. Judge states from the Bench: "*Mr. Chapman is handsome, well-dressed, and articulate with a flair for words.*" Wayne R. Andersen, U.S. Judge states from the Bench: "*...Most lawyers don't want to be on the other side of Mr. Chapman's case.*" The Executive Committee of the U. S. District Court for the Northern District of Illinois, Eastern Division Chief Judge Charles P. Kocoras, presiding (September 2002,) places Mr. Chapman's legal pleadings under an "*in camera*" closed court, unconstitutionally heighten standard of scrutiny and preview. U.S. District Judge Joan B. Gottschall states from the Bench "*... it is apparent that Plaintiff* [Mr. Chapman] *is more knowledgeable on the Federal Rules of Civil Procedure than Counsel for his opponents.*" Jack B. Schmetterer, Federal Judge writes in a published opinion: "*Mr. Chapman destroys his opponents' will to fight. He wins based on having the lowest cost.*" Unlawfully "*Legislating from the Bench,*" Mr. Chapman received a retaliatory judicial appointment to the Federal Bureau of Prisons' "*Disciplinary Purpose*" Committee by Judge James B. Zagel. Honorable Mimi Brin, Chief Administrative Law Judge (Acting), Illinois Department of Revenue states: "*Mr. Chapman you are a smart man – smarter than smart.*" Mr. Alberto Gonzales, U.S. Attorney resigned twenty-eight months after Chapman's first complaint to U. S. Senate Judiciary Sub-Committee. Sr. Judge, George W. Lindberg, writes that "*Mr. Chapman is a highly sophisticated litigant.*" Chapman is also a 1995 involuntary Inductee into the "*Posner Project.*" Sr. Judge, Milton I. Shadur in September 1986, (Case Number 86 C 6001) after a lengthy civil hearing refused to pierce Chapman's Corporate Vail and that Court found "*Mr. Chapman to be Ingenious.*"

Mr. Chapman is a recipient of a Presidential (*Richard M. Nixon*) Appointment; a Congressional (*William L. Dawson*) Nomination; a Gubernatorial (*Richard B. Ogilvie*) Military Commission; and Judicial (*Honorable Francis Barth*) Appointment. Mr. Chapman is also a registered and authorized United States Department of the Treasury, Internal Revenue Service taxpayer advocate, representative and practitioner. He has been recognized by the City of Chicago and The Chicago Board of Education for his voluntary work in their drop-out prevention programs. He formerly served the People of Cook County as a Republican Judge of Elections as appointed by the presiding judge for the Circuit Court of Cook County, County Department – Chancery Division. He serves as Founding and Executive Director of *Judicial Watch*, LAWYER, *PRO SE*, ™ and America's Academy for Prison Reform, not-for-profit civic organizations founded to serve humanity, educate, inform and assist the less fortunate. Mr. Chapman is also the recipient of the prestigious *Instrumentalist Magazine* Merit Award for his fundraising efforts and has been inducted into the "*Hinsdale Most Wanted*" – a prestigious charitable organization of wealthy Oak Brook/Hinsdale business leaders and philanthropist serving special needs children in DuPage County. He's recognized by schools and institutions of higher learning for his generous equipment donations. An experienced business analyst, consulting for and member of the board of directors for a broad range of closely or privately held and middle market companies in food service, marketing, advertising, legal, finance, career resources, transportation, security, distribution, manufacturing, fabrication, retailing, publishing and government sales. Lamar C. Chapman III, *Solo Fides* ™ is a Spirit-Filled Believer, Founder and Chief Fundraising Officer of Spiritually Yours ® - a not-for-profit and self-sustaining Ministry of LaSalle Companies.

In his divinely covenant "*Priestcraft*" Mr. Chapman answered our Creator's Call on his heart on July 11, 1991. As a passionate theologian and rabbi, he sermons and teaches the Word of God daily as inspired by some of our Nation's most prolific Spiritual scholars offered by The Moody Bible Institute – WMBI Network. He regularly speaks to our youth on a *pro bono* basis on only one subject: "*Overcoming Peer Pressure, Gangsmanship, Drugs and Street Traps by Living the Victorious Spirit-Filled Life.*" He has sermoned from the Pulpits of the University of Chicago historic John D. Rockefeller Memorial Chapel and the University of Chicago Bond Chapel. Mr. Chapman has been married to his "*eight-grade*" sweetheart – Vanessa Marie, for more than thirty-four (34) uninterrupted years, together, as decreed "*for better or for worse*" their blessings include two college educated adult daughters; two divinely appointed sons-in-law; three gifted granddaughters; a healthy, wisdom-filled eighty-two (82) year old Matriarch. GOD IS GOOD!

---

[1]*In October 1986, Mr. Chapman was included on the Dunn and Bradstreet "Certified Gold List" of the Top 2½ Percent of Elite Americans.* [2]*Quoting Honorable Joan Humphrey Lefkow, Judge, USDC, Northern District Illinois, Eastern Division.* [3]*(Swath means –"To accomplish much; hence make a fine impression"...Funk & Wagnall's New International Dictionary).*

*Please note that each and every altruistic accomplishment and inference of success as set forth herein has been forensically, unconstitutionally verified and confirmed by employees of the United States Department of Justice and the U.S. Postal Inspectors for any incriminating statements, fraudulent or indictable misrepresentations or any conduct supporting criminal charges for mail, postal fraud or justification for perpetual surveillance, and unwarranted personal, professional, business scrutiny or unsuccessful attempts at personal, professional and family intimidation. Be Forever Enlightened and Encouraged By the Almighty Word of God at Jeremiah 29:11-13 NIV– God's plans for you! Best Wishes for a Spiritually Productive Day!* ™ ♦ *All Rights Reserved January 6, 2009, - dv*

Lamar C. Chapman III is Chairman and Chief Executive Officer of Christopher LaSalle and Company, Incorporated and LaSalle Companies, Incorporated — business holding organizations concentrating in developing and trading unregistered partnerships and closely held enterprises. LaSalle Companies is a privately held firm. Through a network of independently operating companies, contractors and affiliates, LaSalle Companies operate in major and international markets offering business, corporate and professional services with annual revenues, earnings, sales and billing undisclosed.

Prior to joining LaSalle, Mr. Chapman held executive level positions with the consulting firm ADESCO, Federal Express Corporation, Greyhound/Dial Corporation, the Charles R. Walgreen Corporation, and the Ford Motor Corporation. He has traveled extensively throughout the Nation and internationally consulting on the application of marketing and concentrating in the area of privately held business ownership, structure and development. He has been named *Who's Who in U.S. Executives* for 1991, 1992, 1993, and 1994, and *Who's Who in Mid-West marketing* for the same period. After reviewing Mr. Chapman's business operation, an astonished response from Mr. Chapman's former employer is worth repeating; *"Who let that man quit? This man is smarter than anyone of you sitting here!"* - Quoting Fredrick W. Smith, Chairman and Founder — Federal Express Corporation. The Greyhound Corporation says about Mr. Chapman's tenure: *"Whatever he wants or you need to offer him to get him to stay, give it to him!"* — Fred Donakowski, President Greyhound, Incorporated. George Paganis, Sr., Chairman and Chief Executive Officer of ADESCO made Mr. Chapman a multi-year, million dollar offer to continue in his capacity with ADESCO as a business consultant. Lamar C. Chapman III started from humble beginnings[1].

Mr. Chapman has studied at the University of Illinois, the University of Chicago and is an alumnus of the United States Naval Academy in Annapolis, Maryland, Class of 1975, as appointed by the late Richard Milhous Nixon - *Thirty-seventh President of the United States.* He has been divinely distinguished and ordained with sacerdotal doctorates in business; law; and systematic philosophy. He is a former undefeated U.S. Naval Featherweight Boxing Champion and Mrs. Dwight D. [Mamie] Eisenhower's 1972, and 1976, United States Olympic Boxing Team *designee.* Mr. Chapman is also a recipient of the United States Navy National Defense Medal; U.S. Navy Sharpshooter (*Rifle*); and Expert Pistol Awards. More than twenty (20) years after his Honorable Discharge from military service, in November 1995, Mr. Chapman was first eligible and invited for induction and membership into the prestigious United States Naval Institute.

As an author, Mr. Chapman has written and developed sales training and marketing courses such as *Basic Telemarketing Skills and Practical Selling Skills* for a national courier company. He has authored a number of published articles and self-published *"custom mini-books"* including anonymously crafted advertisement, speeches and documents for commercial application and for prominent business executives and leaders. As a "God-gifted Litigator," and victorious against the top two percent (*banks, insurance companies and the government*)[2] Mr. Chapman has written for every level of the State and Federal Judiciary including the Illinois and United States Supreme Courts; the United States Court of Federal Claims; and the United States Senate — Judiciary Subcommittee. As a Legal Facilitator,™ Bureaucratic Critic,™ plaintiff and author of numerous *"Public Interest Litigation,"* and adversarial pursuits, Mr. Chapman's whistle blowing efforts and persistent highlighting of *"official misconduct"* in a downstate Illinois Courthouse was instrumental in the State overturning more than 250 criminal convictions and Honorable Governor George Ryan placing a Moratorium on the death penalty in the State of Illinois.

Although he has no aspiration to practice law or formal training in the practice of law, in April, 1991, as a Certified Legal Entrepreneur® Mr. Chapman was awarded the largest judgment ever awarded by the Circuit Court of Cook County, Illinois — First Municipal District, Honorable Angelo D. Mistretta, Judge Presiding. With more than two (2) decades of practical civil litigation experience under his belt, Mr. Chapman has more than eighty-three (83) legal opinions published in cases he has personally litigated. He has been victorious over some of the Nation's most prominent and prestigious law firms. John F. Grady, Senior U.S. District Judge writes: *"Mr. Chapman is a prolific litigator in this judicial district."* Arlander Keys, Presiding Magistrate for the United States District Court says: *"Mr. Chapman's legal writing and strategy is simply brilliant."* Chief District Judge Marvin E. Aspen writes: *"Mr. Chapman has cut a wide swath through the federal court system."* The United States Court of Appeals for the Tenth Circuit seated in Denver, Colorado writes: *"Appellant is a sophisticated legal writer and we very seldom see this degree of legal sophistication at this level of the judiciary!"* In a landmark, unprecedented *"tortuous peregrination"*, Mr. Chapman's *"Crown of Life"* and "persecution style" lobbying caused a Chief Federal Judge to abruptly offer his resignation (March 28, 2006,) to President George W. Bush with years left on the judicial administrator's appointed term in office. As noted in this foreordained "victory" Mr. Chapman has been and continues to be *"officially victimized"* and subjected to retaliatory and Godless judicial civil rights abuse resulting from the judge's involuntary and circumstantial *"family hardship"* resignation.