September 11th, 2025

(1/4)

Lisa D. Cook
    V.
Donald J. Trump

Case No. 25-cv-2903(JMC)

## In The United States District Court
## For The District of Columbia

## To The Honorable Jia M. Cobb

## Motion To Intervene In The Above-Captioned Case and Disqualify Judge Jia Cobb

I, Joshua Hall, hereby bring forth the following motion to intervene in Civil Case No. 25-cv-2903(JMC) in this district and to disqualify Judge Jia Cobb from presiding over it. I am an interested party in the matter on behalf of President Donald J. Trump. As an American citizen who voted for and supports President Trump, I am an interested party who is directly affected by the outcome of this case. I suffer irreparable harm when The President is illegally enjoined from exercising his lawful authority and implementing the agenda that I elected him to enact. This agenda includes removing government bureaucrats who nobody elected like members of The Board of Governors of the Federal Reserve System including Lisa Cook for cause - which President Trump has the total authority to do under Article II of The U.S. Constitution. Former member Cook was found to have committed mortgage fraud. The citizenry, myself included, who elected President Trump to enact our agenda have an interest in having corrupt public officials removed from our government. We have a right to not (turn pg)

be governed by individuals who commit federal crimes. We elected President Trump to appoint his picks to serve in these government positions and have a right to be free from these Biden holdovers undermining the people's agenda without our consent and no means of accountability. I also have an interest in this case as a Republican candidate for Congress in Pennsylvania's 10th Congressional District. The voters of our district elected President Trump and are supporting me to help enact his and by extension their agenda. When that agenda is undermined by unelected bureaucrats and federal judges who enable this egregious infringement upon the lawful authority and duty of The President, we fail to deliver to our constituents the promise to enact their agenda by no fault of our own and suffer electoral injury to our campaigns for office as a result. This is illegal infringement upon and judicial overreach against a co-equal branch of government and is without precedent in the 249-year history of our great country. It has become an all too common pattern and constitutes weaponization of our nation's judiciary against the American people. That is why I move on behalf of myself as an injured party, the voters who elected President Trump in an overwhelming landslide and President Trump himself to intervene in the above-captioned case. This case is about preserving, protecting and defending our democracy and the people's right to govern ourselves rather than being ruled over by unelected judges and radical left Biden bureaucrats against our will. (next page)

(3/4)

I also respectfully move to disqualify Judge Jia M. Cobb from presiding over this case. She has repeatedly displayed extreme political bias against President Trump, the voters including myself who elected him and in favor of plaintiff in this matter. A federal judge has a duty to **recuse** themselves from any proceeding in which their impartiality might be reasonably questioned. Judge Cobb was appointed to the bench by President Biden... The same President who appointed the plaintiff in this case to be a member of The Board of Governors of the Federal Reserve System. This fact in of itself is a conflict of interest that warrants recusal as it would cause any reasonable observer to question Judge Cobb's ability to be impartial in a case where she has such a close connection to the plaintiff. On the flip side, the defendant in this case is the political rival and opponent of the President that appointed Judge Cobb to the bench. In today's hyper-partisan, politically-charged environment with allegations of political bias from the bench left and right (pun intended), and rightfully so, it is more paramount than ever that federal judges go out of their way to completely mitigate any possible appearance of bias and impartiality. The American people deserve some semblance of integrity restored to our nation's judiciary in order to have trust in it again. Judge Cobb has, respectfully, proven herself to be a partisan actor time and again rather than a fair, impartial judge who stays within her Constitutional bounds of just "saying what the law is. She has never (turn pg)

once ruled in favor of President Trump and repeatedly
described those of us who support him as "insurrectionists"
when she presided over the cases of January 6th defendants.
She has championed and repeatedly ruled in favor of far left
causes and activists while endlessly criticizing and attacking
President Trump and anyone who happens to agree with him.
Judges cannot claim to champion the rule of law while
simultaneously bending and weaponizing it to meet political
ends. The people spoke overwhelmingly when we elected Presiden
Trump. He must be allowed to carry out his Constitutional
powers and responsibilities lest the presidency become obsolete.
I am not attacking Judge Cobb's character... I am sure she
is a good-natured person who believes that what she stands
for is right. But her close ties to Joe Biden and The
Democratic Party go well beyond the bar and more than
meet the burden of causing her impartiality to be called
into question with respect to her presiding over this very
important case. For this reason, she has a solemn duty to—
and in fact must—recuse herself from this matter and I
therefore move to disqualify Judge Jia M. Cobb from presiding
over Civil Case No. 25-cv-2903(JMC) in this district as
well as to intervene in this case as an interested party for
the aforementioned reasons. I further respectfully request a heari
on this matter and reserve my right to appeal any adverse rulings

Respectfully Submitted, Joshua Hall—Pro S
Signed this 11th day of September, 2025 Joshua A. Hall
                                        (Signature of Movant)

September 11, 2025

Case No. 25-cv-2903(JMC)

Dear Clerk of Court,

Lisa D.
RECEIVED
Mailroom
J. Trus

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
SEP 18 2025

SEP 18 2025

Angela D. Caesar, Clerk of Clerk
U.S. District Court, District of Columbia

RECEIVED

Attached please find my motion to intervene in Civil Case No. 25-cv-2903(JMC) in this district and to disqualify presiding Judge Jia M. Cobb. Please file and docket it appropriately on the public docket for Civil Case No. 25-cv-2903(JMC) so that Judge Cobb may rule on it. Please also mail her ruling on my motion and all future correspondence pertaining to this case to me, Joshua Hall, at the address below. I would also greatly appreciate a confirmation of the court's receipt of this motion. I am intervening on behalf of myself as an interested party as well as President Trump and the voters who elected him. I must say that DC Circuit Judge Rao has been right on in all of these cases pertaining to infringement on the executive branch and I sincerely hope that Judge Cobb follows her lead. I file this with great respect for the court even though I strongly disagree with Judge Cobb and many of the judges of this circuit politically. I assert and reserve my right to appeal any adverse rulings on these motions to The DC Circuit should it need to be invoked. Please mail all of the aforementioned to me at the address below. Thank you kindly for your attention to this matter and have a great day.

ADDRESS TO MAIL ME:

Joshua Hall
DCP #104525
Dauphin County Prison
501 Mall Road
Harrisburg, PA 17111-1299

Respectfully Submitted, Joshua Hall
Pro Se Movant

Signed this 11th day of September, 2025

Joshua A. Hall
(Signature of Movant/Intervenor)

US POSTAGE ᴵᴹᴵPITNEY BOWES

$ 000.74

ZIP 17111
02 7H
0006226490

HARRISBURG PA 171

12 SEP 2025 PM 4 L

FIRST CLASS

SEP 12 2025

To: The Clerk of Court
U.S. District Court-District of Columbia
333 Constitution Avenue NW
Washington, DC 20001

NAME: Joshua Hall
D.C.P. # 104525
DAUPHIN COUNTY PRISON
501 MALL ROAD
HARRISBURG, PA 17111-1299