**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

LISA D. COOK,

*Plaintiff*,

v.

DONALD J. TRUMP, *et al*.,

*Defendants*.

No. 1:25-cv-02903-JMC

**JOINT STATUS REPORT**

Pursuant to the Court's September 22, 2026 Minute Order, Plaintiff Lisa D. Cook ("Governor Cook") and Defendant Donald J. Trump ("Defendant," and with Governor Cook, the "parties") respectfully submit this joint status report.

On June 29, 2026, the Supreme Court issued its decision in *Trump v. Cook*, 609 U.S. 528 (2026), denying Defendant's motion to stay the injunction this Court entered on September 9, 2025 (ECF 28). Following that decision, the case was remanded, first to the U.S. Court of Appeals for the D.C. Circuit (USCA Case No. 25-5326, Doc. #2181073 (June 29, 2026)), and then to this Court, *id.*, Doc. #2183886 (July 20, 2026). The Court then requested this joint status report, and neither party has sought any additional proceedings.

On August 5, 2026, the White House sent Governor Cook a letter stating that the President "is considering removing" her from the Federal Reserve Board and that she is "unfit for the office" in which she serves. Since that initial letter, there has been continued correspondence between the White House and Governor Cook regarding her status on the Board. On October 7, 2026, the President established a three person "committee of inquiry" to review allegations that Governor Cook "made false statements in connection with one or more mortgage instruments." Currently,

the White House and Governor Cook are discussing a process by which the allegations will be considered by the "committee of inquiry," including the specifics and details.

Accordingly, the parties request that the Court hold all current deadlines in abeyance unless or until either party seeks additional relief. Absent intervening events, the parties can file another status report in early January 2027.

Dated: November 6, 2026

Respectfully Submitted,

/s/ *Abbe David Lowell*
Abbe David Lowell
David A. Kolansky
Isabella M. Oishi
John P. Bolen
LOWELL & ASSOCIATES, PLLC
1250 H Street, NW, Suite 250
Washington, DC 20005
T: (202) 964-6110
F: (202) 964-6116
ALowellPublicOutreach@lowellandassociates.com
DKolansky@lowellandassociates.com
IOishi@lowellandassociates.com
JBolen@lowellandassociates.com

*Counsel for Governor Lisa D. Cook*

Norman L. Eisen
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE #15180
Washington, DC 20003
T: (202) 601-8678
norman@democracydefenders.org

*Counsel for Governor Lisa D. Cook*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

CHRISTOPHER R. HALL
Assistant Director, Federal Programs Branch

*/s/ Jeremy S.B. Newman*
JEREMY S.B. NEWMAN
Chief Litigation Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 532-3114
Fax: (202) 616-8470
Email: jeremy.s.newman@usdoj.gov

*Attorneys for Defendant Donald J. Trump*